The Philadelphia Courts
**Civil Docket Access**

🛒 No Items in Cart | **LOGIN**

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 190903805 |
| **Case Caption:** | CITY OF PHILADELPHIA VS SILVERBERG ETAL |
| **Filing Date:** | Tuesday , October 01st, 2019 |
| **Court:** | MAJOR NON JURY EXPEDITED |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CIVIL TAX CASE - COMPLAINT |
| **Status:** | JUDGMENT-COURT ORDER FINAL DIS |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | CULLIN, BRIAN R |

**Address:** MUNICIPAL SERVICES BUILDING
1401 JOHN F. KENNEDY BOULEVARD
5TH FLOOR
PHILADELPHIA PA 19102
(215)686-0518
brian.cullin@phila.gov

**Aliases:** *none*

| | | | | |
|---|---|---|---|---|
| 2 | | 1 | PLAINTIFF | CITY OF PHILADELPHIA |

**Address:** c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107

**Aliases:** *none*

| | | | | |
|---|---|---|---|---|
| 3 | | 6 | DEFENDANT | SILVERBERG, RICHARD J |

**Address:** 2101 MARKET STREET #3201 PHILADELPHIA PA 19103

**Aliases:** *none*

| | | | | |
|---|---|---|---|---|
| 4 | | 6 | DEFENDANT | ELS REALCO LLC |

**Address:** 1209 ORANGE STREET WILMINGTON DE 19801

**Aliases:** *none*

| | | | | |
|---|---|---|---|---|
| 5 | | 06-OCT-2020 | TEAM LEADER | SHIRDAN-HARRIS, LISETTE |

**Address:** 516 CITY HALL PHILADELPHIA PA 19107

**Aliases:** *none*

| | | | | |
|---|---|---|---|---|
| 6 | | | ATTORNEY FOR DEFENDANT | SILVERBERG, RICHARD J |

**Address:** BOX 30433 PHILADELPHIA PA 19103 (215)563-6369 rjs@rjsilverberg.com

**Aliases:** *none*

| | | | | |
|---|---|---|---|---|
| 7 | | | JUDGE | PATRICK, PAULA |

| | | | |
|---|---|---|---|
| **Address:** | CITY HALL<br>ROOM 481<br>PHILADELPHIA PA<br>19107<br>(215)686-8338 | **Aliases:** | *none* |

|  |  |  |
|---|---|---|
| 8 | JUDGE | DISCOVERY JPT |

| | | | |
|---|---|---|---|
| **Address:** | N/A<br>PHILADELPHIA PA<br>19100 | **Aliases:** | *none* |

|  |  |  |
|---|---|---|
| 9 | DISCOVERY<br>MASTER | MEYER, JUDITH<br>P |

| | | | |
|---|---|---|---|
| **Address:** | 1500 MARKET STREET<br>SUITE 2415 WEST TOWN<br>PHILADELPHIA PA<br>19102<br>(610)212-9877<br>judith@judithmeyer.com | **Aliases:** | *none* |

|  |  |  |
|---|---|---|
| 10 | JUDGE | ROBERTS,<br>JOSHUA |

| | | | |
|---|---|---|---|
| **Address:** | CITY HALL<br>PHILADELPHIA PA<br>19107 | **Aliases:** | *none* |

|  |  |  |
|---|---|---|
| 11 | TEAM LEADER | SHREEVES-<br>JOHNS, KAREN |

| | | | |
|---|---|---|---|
| **Address:** | 327 CITY HALL<br>PHILADELPHIA PA<br>19107 | **Aliases:** | *none* |

## Docket Entries

| Filing<br>Date/Time | Docket Type | Filing Party | Disposition<br>Amount | Approval/<br>Entry Date |
|---|---|---|---|---|

| 01-OCT-2019 11:30 AM | ACTIVE CASE | | 01-OCT-2019 11:39 AM |
|---|---|---|---|
| **Docket Entry:** | E-Filing Number: 1910001227 | | |

| 01-OCT-2019 11:30 AM | COMMENCEMENT OF CIVIL ACTION | CULLIN, BRIAN R | 01-OCT-2019 11:39 AM |
|---|---|---|---|
| **Documents:** | Click link(s) to preview/purchase the documents<br>Final Cover | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | *none.* | | |

| 01-OCT-2019 11:30 AM | COMPLAINT FILED NOTICE GIVEN | CULLIN, BRIAN R | 01-OCT-2019 11:39 AM |
|---|---|---|---|
| **Documents:** | Click link(s) to preview/purchase the documents<br>FRAUDULENT TRANSFER COMPLAINT SILVERBERG FINAL 10.1.19.pdf | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |

| 01-OCT-2019 11:30 AM | WAITING TO LIST CASE MGMT CONF | CULLIN, BRIAN R | 01-OCT-2019 11:39 AM |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 01-OCT-2019 11:30 AM | CITY CHARGE | CULLIN, BRIAN R | 01-OCT-2019 11:39 AM |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 08-OCT-2019 04:42 PM | AFFIDAVIT OF SERVICE FILED | CULLIN, BRIAN R | 09-OCT-2019 09:02 AM |
|---|---|---|---|

**Documents:** ⤓Click link(s) to preview/purchase the documents
CERT OF SERVICE ELS FINAL 10.8.19.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ELS REALCO LLC BY CERTIFIED MAIL ON 10/04/0019 FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 21-OCT-2019 09:07 AM | AFFIDAVIT OF SERVICE FILED | CULLIN, BRIAN R | 21-OCT-2019 09:25 AM |
|---|---|---|---|

**Documents:** ⤓Click link(s) to preview/purchase the documents
CERT OF SERVICE RS FRAUD TRANSFER FINAL.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON RICHARD J SILVERBERG BY PERSONAL SERVICE ON 10/17/2019 FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-NOV-2019 02:33 PM | PRELIMINARY OBJECTIONS | SILVERBERG, RICHARD J | 01-NOV-2019 02:34 PM |
|---|---|---|---|

**Documents:** ⤓Click link(s) to preview/purchase the documents
POs.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 39-19110139 PRELIMINARY OBJECTIONS TO COMPLAINT FILED. RESPONSE DATE: 11/21/2019 (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG) ENTRY OF APPEARANCE FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG.

| 01-NOV-2019 03:17 PM | MOTION FOR PROTECTIVE ORDER | SILVERBERG, RICHARD J | 04-NOV-2019 11:16 AM |
|---|---|---|---|

**Documents:** ⤓Click link(s) to preview/purchase the documents
Stay Mtn.pdf

Click HERE to purchase all documents related to this one docket entry

Stay Mtn - Exh A.pdf
Stay Mtn - Exh B.pdf
Stay Mtn - Exh C.pdf
Motion CoverSheet Form

**Docket Entry:** 43-19110243 RESPONSE DATE 11/25/2019. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 08-NOV-2019 01:25 PM | ANSWER TO PRELIMINARY OBJCTNS | CULLIN, BRIAN R | 08-NOV-2019 01:27 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
RESPONSE TO PO FINAL 11.8.19.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 39-19110139 ANSWER IN OPPOSITION OF PRELIMINARY OBJECTIONS FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 12-NOV-2019 10:22 AM | ANSWER (MOTION/PETITION) FILED | CULLIN, BRIAN R | 12-NOV-2019 11:47 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
response to motion for protective order and stay 11.12.19 final.pdf
Motion CoverSheet Form

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 43-19110243 ANSWER IN OPPOSITION OF MOTION FOR PROTECTIVE ORDER FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 15-NOV-2019 09:19 AM | MOTION/PETITION BRIEF FILED | CULLIN, BRIAN R | 15-NOV-2019 09:26 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
supp memo silverberg.pdf
Motion CoverSheet Form

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 43-19110243 BRIEF IN OPPOSITION OF MOTION FOR PROTECTIVE ORDER FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 21-NOV-2019<br>11:16 AM | MOTION/PETITION/STIP<br>WITHDRAWN | SILVERBERG,<br>RICHARD J | 21-NOV-2019<br>11:18 AM |
|---|---|---|---|

**Documents:** 📄Click link(s) to preview/purchase the documents
Praecipe to Withdraw Stay.pdf


Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 43-19110243 PRAECIPE TO WITHDRAW MOTION FOR PROTECTIVE ORDER FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 25-NOV-2019<br>10:13 AM | PRELIM OBJECTIONS<br>ASSIGNED | | 25-NOV-2019<br>10:13 AM |
|---|---|---|---|

**Docket Entry:** 39-19110139 PRELIMINARY OBJECTIONS ASSIGNED TO JUDGE: PATRICK, PAULA . ON DATE: NOVEMBER 25, 2019

| 09-DEC-2019<br>11:12 AM | ORDER ENTERED/236<br>NOTICE GIVEN | PATRICK,<br>PAULA | 09-DEC-2019<br>11:12 AM |
|---|---|---|---|

**Documents:** 📄Click link(s) to preview/purchase the documents
ORDER_15.pdf


Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 39-19110139 IT IS HEREBY ORDERED AND DECREED THAT THE PRELIMINARY OBJECTIONS ARE OVERRULED. DEFENDANTS ARE GRANTED LEAVE OF TWENTY (20) DAYS FROM THE DATE OF DOCKETING OF THIS ORDER TO FILE AN ANSWER TO THE COMPLAINT. ............BY THE COURT: PATRICK, J. 12/09/2019

| 09-DEC-2019<br>11:12 AM | NOTICE GIVEN UNDER<br>RULE 236 | | 09-DEC-2019<br>12:20 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 09-DEC-2019 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 09-DEC-2019.

| 10-DEC-2019<br>03:35 PM | LISTED FOR CASE MGMT<br>CONF | | 10-DEC-2019<br>03:35 PM |
|---|---|---|---|

**Docket Entry:** *none.*

| 12-DEC-2019 12:30 AM | NOTICE GIVEN | | 12-DEC-2019 12:30 AM |

**Docket Entry:** *none.*

| 30-DEC-2019 10:55 AM | ANSWER TO COMPLAINT FILED | SILVERBERG, RICHARD J | 30-DEC-2019 11:32 AM |

**Documents:** ⚠️Click link(s) to preview/purchase the documents
Answer and New Matter.pdf



**Docket Entry:** ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 31-DEC-2019 09:48 AM | PRELIMINARY OBJECTIONS | CULLIN, BRIAN R | 31-DEC-2019 11:00 AM |

**Documents:** ⚠️Click link(s) to preview/purchase the documents
PO TO NEW MATTER.pdf
EXHIBIT A final.pdf
EX B FINAL.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 98-19123498 PRELIMINARY OBJECTIONS TO DEFENDANTS' NEW MATTER FILED. RESPONSE DATE: 01/21/2020 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 02-JAN-2020 11:48 AM | MOTION FOR SUMMARY JUDGMENT | SILVERBERG, RICHARD J | 02-JAN-2020 12:51 PM |

**Documents:** ⚠️Click link(s) to preview/purchase the documents
Summary Judgment Mtn.pdf
Summary Judgment Mtn - Exh. A.pdf
Motion CoverSheet Form

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 77-20010077 RESPONSE DATE 02/03/2020. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 03-JAN-2020 09:24 AM | MOTION FOR PROTECTIVE ORDER | SILVERBERG, RICHARD J | 03-JAN-2020 11:40 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
Stay Mtn.pdf
Stay Mtn - Exh. A.pdf
Motion CoverSheet Form



**Docket Entry:** 75-20010275 RESPONSE DATE 01/23/2020. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 06-JAN-2020 03:30 PM | ANSWER (MOTION/PETITION) FILED | CULLIN, BRIAN R | 06-JAN-2020 04:36 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
RESPONSE SILVERBERG PROTECTIVE ORDER 1.6.20.pdf
EX A COMPLAINT 1.6.20.pdf
EX B ANSWER AND NEW MATTER.pdf
EX C POs.pdf
Motion CoverSheet Form

**Docket Entry:** 75-20010275 ANSWER IN OPPOSITION OF MOTION FOR PROTECTIVE ORDER FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 13-JAN-2020 09:38 AM | CASE MGMT CONFERENCE COMPLETED | GIAMPAOLO, ANTHONY | 13-JAN-2020 09:38 AM |
|---|---|---|---|

**Docket Entry:** *none.*

| 13-JAN-2020 09:38 AM | CASE MANAGEMENT ORDER ISSUED | | 13-JAN-2020 09:38 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
CMOIS_25.pdf

**Docket Entry:** IT IS ORDERED THAT THE ABOVE CAPTIONED MATTER IS HEREBY ASSIGNED TO THE OCTOBER_POOL TRIAL POOL AND COUNSEL SHOULD ANTICIPATE TRIAL TO BEGIN EXPEDITIOUSLY THEREAFTER. COUNSEL AND PARTIES WILL BE NOTICED FOR TRIAL TO TAKE PLACE DURING THE DESIGNATED TRIAL POOL MONTH. ALL COUNSEL AND PARTIES MUST IMMEDIATELY NOTIFY THE COURT IN WRITING OF ANY SCHEDULING CONFLICTS, INCLUDING TRIAL ATTACHMENTS AND PRE-PAID VACATIONS BY ELECTRONICALLY FILING A TRIAL POOL CONFLICT LETTER AND ARE UNDER A CONTINUING OBLIGATION TO NOTIFY THE COURT OF ANY SUBSEQUESNT TRIAL ATTACHMENTS DURING THE TRIAL POOL MONTH. THE COURT WILL NOT RECOGNIZE ANY UNTIMELY CONFLICT NOTIFICTIONS. FAILURE TO NOTIFY COURT OF SCHEDULING CONFLICTS WILL RESULT IN THE IMPOSITION OF APPROPRIATE SANCTIONS. TO ELECTRONICALLY FILE A TRIAL POOL CONFLICT LETTER, ACCESS THE "EXISTING CASE" SECTION OF THE COURT'S ELECTRONIC FILING SYSTEM. SELECT " CONFERENCE SUBMISSIONS" AS THE FILING CATEGORY. SELECT "TRIAL POOL CONFLICT LETTER" AS THE DOCUMENT TYPE AND NOW, 13-JAN-2020, IT IS ORDERED THAT: 1. THE CASE MANAGEMENT AND TIME STANDARDS ADOPTED FOR EXPEDITED TRACK CASES SHALL BE APPLICABLE TO THIS CASE AND ARE HEREBY INCORPORATED INTO THIS ORDER. 2. ALL DISCOVERY IN THE ABOVE MATTER SHALL BE COMPLETED NOT LATER THAN 01-JUN-2020. 3. PLAINTIFF'S EXPERT REPORT, IF APPLICABLE, INCLUDING ANY SUPPLEMENTAL REPORT, IS TO BE SERVED ON OPPOSING COUNSEL AND/OR OPPOSING PARTY ON OR BEFORE 01-JUN-2020. 4. DEFENDANT'S AND ANY ADDITIONAL DEFENDANTS' EXPERT REPORT IS TO BE SERVED ON OPPOSING COUNSEL AND/OR OPPOSING PARTY ON OR BEFORE 06-JUL-2020. 5. ALL PRE-TRIAL AND DISPOSITIVE MOTIONS MUST BE FILED NO LATER THAN 06-JUL-2020. 6. A MANDATORY PRE-TRIAL SETTLEMENT CONFERENCE WILL BE SCHEDULED ANY TIME AFTER 07-SEP-2020. EARLIER LISTINGS WILL BE SCHEDULED AT THE DISCRETION OF THE COURT. COUNSEL MUST APPEAR AT THE MANDATORY PRE-TRIAL SETTLEMENT CONFERENCE WITH KNOWLEDGE OF THE CASE AND SETTLEMENT AUTHORITY. FAILURE TO COMPLY WITH THIS DIRECTIVE WILL RESULT IN SANCTIONS IN THE AMOUNT OF $100.00. NOTICE WILL BE SENT TO ALL PARTIES AT LEAST THIRTY (30) DAYS IN ADVANCE OF THE CONFERENCE. TEN (10) DAYS PRIOR TO THE CONFERENCE, ALL COUNSEL SHALL SERVE UPON ALL OPPOSING COUNSEL AND/OR OPPOSING PARTIES AND FILE WITH THE COURT A PRE-TRIAL SETTLEMENT MEMORANDUM CONTAINING THE

FOLLOWING: (a) A CONCISE SUMMARY OF THE NATURE OF THE CASE IF PLAINTIFF OR THE DEFENSE IF DEFENDANT OR ADDITIONAL DEFENDANT; (b) A LIST OF ALL WITNESSES WHO MAY BE CALLED TO TESTIFY AT TRIAL BY NAME AND ADDRESS. COUNSEL SHOULD EXPECT WITNESSES NOT LISTED TO BE PRECLUDED FROM TESTIFYING AT TRIAL; (c) A LIST OF ALL EXHIBITS THE PARTY INTENDS TO OFFER INTO EVIDENCE. ALL EXHIBITS SHALL BE PRE-NUMBERED AND SHALL BE EXCHANGED AMONG COUNSEL PRIOR TO THE CONFERENCE. COUNSEL SHOULD EXPECT ANY EXHIBIT NOT LISTED TO BE PRECLUDED AT TRIAL; (d) PLAINTIFF SHALL LIST AN ITEMIZATION OF INJURIES OR DAMAGES SUSTAINED TOGETHER WITH ALL SPECIAL DAMAGES CLAIMED BY CATEGORY AND AMOUNT. THIS LIST SHALL INCLUDE AS APPROPRIATE, COMPUTATIONS OF ALL PAST LOST EARNINGS AND FUTURE LOST EARNING CAPACITY OR MEDICAL EXPENSES TOGETHER WITH ANY OTHER UNLIQUIDATED DAMAGES CLAIMED; AND (e) DEFENDANT SHALL STATE ITS POSITION REGARDING DAMAGES AND SHALL IDENTIFY ALL APPLICABLE INSURANCE CARRIERS, TOGETHER WITH APPLICABLE LIMITS OF LIABILITY; AND (f) EACH COUNSEL SHALL PROVIDE AN ESTIMATE OF THE ANTICIPATED LENGTH OF TRIAL. FAILURE TO TIMELY FILE A PRE-TRIAL SETTLEMENT CONFERENCE MEMORANDUM MAY RESULT IN THE IMPOSITION OF MONETARY SANCTIONS. ALL MOTIONS IN LIMINE SHALL BE FILED IN ACCORDANCE WITH ELECTRONIC FILING PROCEDURES NOT LATER THAN FIFTEEN (15) DAYS PRIOR TO THE START OF TRIAL. RESPONDING COUNSEL SHALL HAVE TEN (10) DAYS THEREAFTER TO FILE ANY RESPONSE. FOR POOL CASES, THE START OF THE TRIAL IS DEFINED AS THE FIRST DAY OF THE TRIAL POOL LISTING. REQUESTS TO EXTEND ANY CASE MANAGEMENT DEADLINE OR FOR TRIAL CONTINUANCE MUST BE SUBMITTED BY FILING A MOTION FOR EXTRAORDINARY RELIEF AND FILED PRIOR TO THE EXPIRATION OF THE DEADLINE IN QUESTION. ANY REQUESTS FOR A DATE-CERTAIN TRIAL LISTING MUST BE SUBMITTED IN WRITING WITH SPECIFICITY, WITH A COPY TO OPPOSING PARTY, AND DIRECTED TO THE HONORABLE LISETTE SHIRDAN-HARRIS, TEAM LEADER, VIA FACSIMILE (215-686-5137) OR US MAIL (622 CITY HALL, PHILADELPHIA, PA 19107). HOWEVER, SAID REQUESTS MAY BE MADE ONLY UNDER EXIGENT CIRCUMSTANCES. COUNSEL SHOULD HAVE SUBSTITUTE COUNSEL PREPARED TO CONDUCT SETTLEMENT CONFERENCE AND/OR TRIAL WHERE PRACTICABLE. ALL COUNSEL ARE UNDER A CONTINUING OBLIGATION AND ARE HEREBY ORDERED TO SERVE A COPY OF THIS ORDER UPON ALL UNREPRESENTED

PARTIES AND UPON ALL COUNSEL ENTERING AN APPEARANCE
SUBSEQUENT TO THE ENTRY OF THIS ORDER. ...BY THE COURT:
LISETTE SHIRDAN-HARRIS, J.

| 13-JAN-2020 09:38 AM | LISTED FOR PRE-TRIAL CONF | | 13-JAN-2020 09:38 AM |
|---|---|---|---|

**Docket Entry:** *none.*

| 13-JAN-2020 09:38 AM | LISTED IN TRIAL READY POOL | | 13-JAN-2020 09:38 AM |
|---|---|---|---|

**Docket Entry:** *none.*

| 13-JAN-2020 09:38 AM | NOTICE GIVEN UNDER RULE 236 | | 13-JAN-2020 12:45 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 13-JAN-2020 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 13-JAN-2020.

| 14-JAN-2020 03:07 PM | ANSWER (MOTION/PETITION) FILED | CULLIN, BRIAN R | 15-JAN-2020 10:08 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

MSJ RESPONSE SILVERBERG final 1.14.pdf
EX A 1.14.pdf
EX B 1.14.pdf
EX C 1.14.pdf
Motion CoverSheet Form

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 77-20010077 ANSWER IN OPPOSITION OF MOTION FOR SUMMARY JUDGMENT FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 21-JAN-2020 11:12 AM | ANSWER TO PRELIMINARY OBJCTNS | SILVERBERG, RICHARD J | 21-JAN-2020 01:42 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

POs Answer Resp.pdf

Click HERE to purchase all documents related to this one docket entry

POs Answer Resp - Exh. A.pdf
POs Answer Resp - Exh. B.pdf

**Docket Entry:** 98-19123498 ANSWER IN OPPOSITION OF PRELIMINARY OBJECTIONS FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 22-JAN-2020 11:40 AM | MOTION/PETITION REPLY FILED | SILVERBERG, RICHARD J | 22-JAN-2020 02:46 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Summary Judgment - Reply.pdf
Summary Judgment - Reply - Exh. A.pdf
Motion CoverSheet Form

**Docket Entry:** 77-20010077 REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 23-JAN-2020 10:51 AM | PRELIM OBJECTIONS ASSIGNED | | 23-JAN-2020 10:51 AM |
|---|---|---|---|

**Docket Entry:** 98-19123498 PRELIMINARY OBJECTIONS ASSIGNED TO JUDGE: PATRICK, PAULA . ON DATE: JANUARY 23, 2020

| 27-JAN-2020 09:45 AM | MOTION ASSIGNED | | 27-JAN-2020 09:45 AM |
|---|---|---|---|

**Docket Entry:** 75-20010275 MOTION FOR PROTECTIVE ORDER ASSIGNED TO JUDGE: SHIRDAN-HARRIS, LISETTE . ON DATE: JANUARY 27, 2020

| 05-FEB-2020 10:54 AM | MOTION ASSIGNED | | 05-FEB-2020 10:54 AM |
|---|---|---|---|

**Docket Entry:** 77-20010077 MOTION FOR SUMMARY JUDGMENT ASSIGNED TO JUDGE: PATRICK, PAULA . ON DATE: FEBRUARY 05, 2020

| 07-FEB-2020 01:55 PM | ORDER ENTERED/236 NOTICE GIVEN | PATRICK, PAULA | 07-FEB-2020 01:55 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

ORDER_35.pdf

**Docket Entry:** 98-19123498 AND NOW, THIS 6TH DAY OF FEBRUARY, 2020, UPON CONSIDERATION OF PLAINTIFF'S PRELIMINARY OBJECTIONS TO DEFENDANTS' NEW MATTER, AND ANY RESPONSES THERETO, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS: THE PRELIMINARY OBJECTION ARGUING VIOLATION OF RULE 1022 IS SUSTAINED WITHOUT PREJUDICE; AND THE PRELIMINARY OBJECTION ARGUING INCLUSION OF IMPERTINENT MATTER IS SUSTAINED WITH PREJUDICE. DEFENDANTS ARE GRANTED LEAVE OF TWENTY (20) DAYS FROM THE DATE OF DOCKETING OF THIS ORDER TO FILE AN AMENDED NEW MATTER. ...BY THE COURT: PATRICK, J., 02/06/2020

| 07-FEB-2020 01:55 PM | NOTICE GIVEN UNDER RULE 236 | | 10-FEB-2020 09:50 AM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 10-FEB-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-FEB-2020.

| 07-FEB-2020 02:13 PM | ORDER ENTERED/236 NOTICE GIVEN | PATRICK, PAULA | 07-FEB-2020 02:13 PM |
|---|---|---|---|

**Documents:** ⬇Click link(s) to preview/purchase the documents
ORDER_36.pdf

> Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 77-20010077 AND NOW, THIS 6TH DAY OF FEBRUARY, 2020, UPON CONSIDERATION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND ANY RESPONSES THERETO, IT IS HEREBY ORDERED AND DECREED THAT THE MOTION IS DISMISSED WITHOUT PREJUDICE AS PREMATURE AS THE PLEADINGS ARE NOT CLOSED AND DISCOVERY IN THIS MATTER IS NOT YET COMPLETE. ...BY THE COURT: PATRICK, J., 02/06/2020

| 07-FEB-2020 02:13 PM | NOTICE GIVEN UNDER RULE 236 | | 10-FEB-2020 09:50 AM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 10-FEB-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-FEB-2020.

| 14-FEB-2020 09:19 AM | MOTION FOR RECONSIDERATION | SILVERBERG, RICHARD J | 14-FEB-2020 03:08 PM |
|---|---|---|---|

**Documents:** ⬇Click link(s) to preview/purchase the documents

> Click HERE to purchase all documents related to this one docket entry

Reconsid Sum Jdmt Mtn.pdf
Reconsid Sum Jdmt Mtn - Exh. A.pdf
Reconsid Sum Jdmt Mtn - Exh. B.pdf
Motion CoverSheet Form

**Docket Entry:** 87-20021987 MOTION FOR RECONSIDERATION OF JUDGE PATRICK ORDER DATED FEB 6, 2020 (CONTRO NO. 20010077) (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 14-FEB-2020 10:48 AM | MOTION ASSIGNMENT UPDATED | | 14-FEB-2020 10:48 AM |
|---|---|---|---|

**Docket Entry:** 75-20010275 REASSIGNED TO JUDGE PATRICK, PAULA ON 14-FEB-20

| 14-FEB-2020 03:09 PM | MOTION ASSIGNED | | 14-FEB-2020 03:09 PM |
|---|---|---|---|

**Docket Entry:** 87-20021987 MOTION FOR RECONSIDERATION ASSIGNED TO JUDGE: PATRICK, PAULA . ON DATE: FEBRUARY 14, 2020

| 19-FEB-2020 03:17 PM | ORDER ENTERED/236 NOTICE GIVEN | PATRICK, PAULA | 19-FEB-2020 03:17 PM |
|---|---|---|---|

**Documents:** ⤷Click link(s) to preview/purchase the documents
ORDER_42.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 87-20021987 IT IS HEREBY ORDERED AND DECREED THAT THE MOTION IS DENIED. ...............BY THE COURT: PATRICK, J. 02/18/2020

| 19-FEB-2020 03:17 PM | NOTICE GIVEN UNDER RULE 236 | | 20-FEB-2020 09:34 AM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 20-FEB-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 19-FEB-2020.

| 26-FEB-2020 09:28 AM | AMENDED ANSWER FILED | SILVERBERG, RICHARD J | 26-FEB-2020 09:32 AM |
|---|---|---|---|

**Documents:** ⤷Click link(s) to preview/purchase the documents
Amended New Matter.pdf


Click HERE to purchase all documents related to this one docket entry

| | | | |
|---|---|---|---|
| **Docket Entry:** | AMENDED ANSWER WITH NEW MATTER FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG) | | |

| | | | |
|---|---|---|---|
| 27-FEB-2020 10:11 AM | REPLY TO NEW MATTER | CULLIN, BRIAN R | 27-FEB-2020 10:19 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

reply to new matter SILVERBERG ELS.pdf

| | |
|---|---|
| **Docket Entry:** | REPLY TO NEW MATTER OF RICHARD J SILVERBERG AND ELS REALCO LLC FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA) |

| | | | |
|---|---|---|---|
| 17-APR-2020 08:12 AM | MOT-FOR EXTRAORDINARY RELIEF | CULLIN, BRIAN R | 17-APR-2020 09:30 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

MOTION FOR EXTRA SILVERBERG 4.17.pdf
Motion CoverSheet Form

| | |
|---|---|
| **Docket Entry:** | 34-20041134 RESPONSE DATE 04/27/2020. (FILED ON BEHALF OF CITY OF PHILADELPHIA) |

| | | | |
|---|---|---|---|
| 17-APR-2020 08:12 AM | CITY CHARGE SUBSEQUENT FILINGS | CULLIN, BRIAN R | 17-APR-2020 09:30 AM |

| | |
|---|---|
| **Docket Entry:** | *none.* |

| | | | |
|---|---|---|---|
| 27-APR-2020 03:22 PM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 27-APR-2020 04:32 PM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Mtn for Extraord Relief - Resp.pdf
Mtn for Extraord Relief - Ord.pdf
Motion CoverSheet Form

**Docket Entry:** 34-20041134 ANSWER IN OPPOSITION OF MOT-FOR EXTRAORDINARY RELIEF FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 29-APR-2020 09:51 AM | PRAECIPE TO SUPPL/ATTACH FILED | SILVERBERG, RICHARD J | 29-APR-2020 10:09 AM |
|---|---|---|---|

**Documents:** ⚖Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Praecipe to Amend Resp to Mtn.pdf
Mtn for Extraord Relief - Amended Resp.pdf
Mtn for Extraord Relief - Amended Ord.pdf
Cullin 042820 email.pdf
INTERROGATORIES TO RICHARD SILVERBERG SIGNED.pdf
INTERROGATORIES TO ELS REALCO SIGNED.pdf

**Docket Entry:** 34-20041134 PRAECIPE TO SUPPLEMENT/ATTACH RE: MOT-FOR EXTRAORDINARY RELIEF FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 11-MAY-2020 01:24 PM | PRAECIPE TO SUPPL/ATTACH FILED | SILVERBERG, RICHARD J | 11-MAY-2020 03:48 PM |
|---|---|---|---|

**Documents:** ⚖Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Praecipe to Amend Mtn for Protect.pdf
Mtn for Protect Ord - Amended.pdf
Mtn for Protect Ord - Amended - Exh. A.pdf
Mtn for Protect Ord - Amended - Exh. B.pdf
Mtn for Protect Ord - Amended - Exh. C.pdf
Mtn for Protect Ord - Amended - Exh. D.pdf
Mtn for Protect Ord - Amended - Exh. E.pdf
Mtn for Protect Ord - Amended - Exh. F.pdf
Mtn for Protect Ord - Amended - Exh. G.pdf
Mtn for Protect Ord - Amended - Exh. H.pdf
Mtn for Protect Ord - Amended - Exh. I.pdf
Mtn for Protect Ord - Amended - Exh. J.pdf
Mtn for Protect Ord - Amended - Exh. K.pdf
Mtn for Protect Ord - Amended - Exh. L.pdf
Mtn for Protect Ord - Amended - Exh. M.pdf
Mtn for Protect Ord - Amended - Exh. N.pdf

**Docket Entry:** 75-20010275 PRAECIPE TO SUPPLEMENT/ATTACH RE: MOTION FOR PROTECTIVE ORDER FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 18-MAY-2020 09:03 AM | ANSWER (MOTION/PETITION) FILED | CULLIN, BRIAN R | 18-MAY-2020 11:11 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
RESPONSE 5.18.20 FINAL 1.pdf
EX A 5.18.20 FINAL.pdf
EX B 5.18 FINAL.pdf
EX C 5.18. 20 FINAL.pdf
Motion CoverSheet Form



**Docket Entry:** 75-20010275 ANSWER IN OPPOSITION OF MOTION FOR PROTECTIVE ORDER FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 26-MAY-2020 02:46 PM | MOTION/PETITION REPLY FILED | SILVERBERG, RICHARD J | 26-MAY-2020 03:24 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
Mtn for Protect Ord - Amended - Reply.pdf
Mtn for Protect Ord - Amended - Reply - Exh. A.pdf
Mtn for Protect Ord - Amended - Reply - Exh. B.pdf
Motion CoverSheet Form

**Docket Entry:** 75-20010275 REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 29-MAY-2020 04:02 PM | CITY CHARGE SUBSEQUENT FILINGS | | 01-JUN-2020 10:36 AM |
|---|---|---|---|

**Docket Entry:** *none.*

| 29-MAY-2020 04:02 PM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 01-JUN-2020 10:36 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

MTC ELS ROGS.pdf
EX A ROGS TO ELS REALCO.pdf
EX B EMAIL 5.12.pdf
EX C ELS RESPONSE TO ROGS.pdf
EX D DEFs Protective Order Motion.pdf
EX E P RESPONSE TO PROTECTIVE
ORDER MOTION.pdf
EX F 5.29 EMAIL.pdf

**Docket Entry:** 01-2006D001 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO OVERRULE OBJECTIONS. HEARING SCHEDULED FOR: JULY 30, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 29-MAY-2020 04:10 PM | CITY CHARGE SUBSEQUENT FILINGS | | 01-JUN-2020 10:37 AM |
|---|---|---|---|

**Docket Entry:** *none.*

| 29-MAY-2020 04:10 PM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 01-JUN-2020 10:37 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

MTC ELS REALCO DOCS.pdf
EX A REQUEST FOR DOCS ELS
REALCO.pdf
EX B EMAIL 5.12.pdf
EX C ELS RESPONSE TO REQUEST
FOR DOCS.pdf
EX D DEFs Protective Order Motion.pdf
EX E P RESPONSE TO PROTECTIVE
ORDER MOTION.pdf
EX F 5.29 EMAIL.pdf

**Docket Entry:** 02-2006D002 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO OVERRULE OBJECTIONS. HEARING SCHEDULED FOR: JULY 30, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 29-MAY-2020 04:19 PM | CITY CHARGE SUBSEQUENT FILINGS | | 01-JUN-2020 10:38 AM |
|---|---|---|---|

**Docket Entry:**  *none.*

| 29-MAY-2020 04:19 PM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 01-JUN-2020 10:38 AM |
|---|---|---|---|

**Documents:** ⬇Click link(s) to preview/purchase the documents

[Click HERE to purchase all documents related to this one docket entry]

MTC ELS REALCO RFAs.pdf
EX A RFAs to ELS REALCO.pdf
EX B EMAIL 5.12.pdf
EX C ELS RESPONSE TO RFAs.pdf
EX D DEFs Protective Order Motion.pdf
EX E P RESPONSE TO PROTECTIVE ORDER MOTION.pdf
EX F 5.29 EMAIL.pdf

**Docket Entry:** 03-2006D003 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO OVERRULE OBJECTIONS. HEARING SCHEDULED FOR: JULY 30, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 29-MAY-2020 04:27 PM | CITY CHARGE SUBSEQUENT FILINGS | | 01-JUN-2020 10:39 AM |
|---|---|---|---|

**Docket Entry:**  *none.*

| 29-MAY-2020 04:27 PM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 01-JUN-2020 10:39 AM |
|---|---|---|---|

**Documents:** ⬇Click link(s) to preview/purchase the documents

[Click HERE to purchase all documents related to this one docket entry]

MTC ROGS RJS.pdf
EX A ROGS TO RJS.pdf
EX B EMAIL 5.12.pdf
EX C RJS RESPONSE TO INTERROGATORIES.pdf
EX D DEFs Protective Order Motion.pdf
EX E P RESPONSE TO PROTECTIVE ORDER MOTION.pdf
EX F 5.29 EMAIL.pdf

**Docket Entry:** 04-2006D004 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO OVERRULE OBJECTIONS. HEARING SCHEDULED FOR:

JULY 30, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON
BEHALF OF CITY OF PHILADELPHIA)

| | | | |
|---|---|---|---|
| 29-MAY-2020 04:35 PM | CITY CHARGE SUBSEQUENT FILINGS | | 01-JUN-2020 10:39 AM |

**Docket Entry:** *none.*

| | | | |
|---|---|---|---|
| 29-MAY-2020 04:35 PM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 01-JUN-2020 10:39 AM |

**Documents:** ⚖Click link(s) to preview/purchase the documents
MTC RJS DOCS.pdf
EX A REQ FOR DOCS TO RJS.pdf
EX B EMAIL 5.12.pdf
EX C RJS RESPONSE TO REQ FOR DOCS.pdf
EX D DEFs Protective Order Motion.pdf
EX E P RESPONSE TO PROTECTIVE ORDER MOTION.pdf
EX F 5.29 EMAIL.pdf



**Docket Entry:** 05-2006D005 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO OVERRULE OBJECTIONS. HEARING SCHEDULED FOR: JULY 30, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| | | | |
|---|---|---|---|
| 29-MAY-2020 04:41 PM | CITY CHARGE SUBSEQUENT FILINGS | | 01-JUN-2020 11:12 AM |

**Docket Entry:** *none.*

| | | | |
|---|---|---|---|
| 29-MAY-2020 04:41 PM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 01-JUN-2020 11:12 AM |

**Documents:** ⚖Click link(s) to preview/purchase the documents
MTS RFAs RJS.pdf
EX A RFAs to RJS.pdf

EX B EMAIL 5.12.pdf
EX C RJS Response to RFAs.pdf
EX D DEFs Protective Order Motion.pdf
EX E P RESPONSE TO PROTECTIVE
ORDER MOTION.pdf
EX F 5.29 EMAIL.pdf

**Docket Entry:** 06-2006D006 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO OVERRULE OBJECTIONS. HEARING SCHEDULED FOR: JULY 30, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020 09:18 AM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 01-JUN-2020 10:41 AM |
|---|---|---|---|

**Documents:** ⬇ Click link(s) to preview/purchase the documents
praeipe for contested els rogs.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION TO OVERRULE OBJECTIONS TO INTERROGATORIES FILED ON 5-29-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020 09:20 AM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 01-JUN-2020 10:52 AM |
|---|---|---|---|

**Documents:** ⬇ Click link(s) to preview/purchase the documents
praeipe for contested els docs.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION TO OVERRULE OBJECTIONS TO REQUESTS FOR DOCUMENTS FILED ON 5-29-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020 09:39 AM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 01-JUN-2020 10:53 AM |
|---|---|---|---|

**Documents:** ⬇ Click link(s) to preview/purchase the documents
praeipe for contested els rfa.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION TO OVERRULE OBJECTIONS TO REQUESTS FOR ADMISSION FILED ON 5-29-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020<br>09:41 AM | CERT MOTION IS<br>CONTESTED | CULLIN,<br>BRIAN R | 01-JUN-2020<br>11:06 AM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents

praceipe for contested SILVERBERG rogs.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION TO OVERCOME OBJECTIONS TO INTERROGATORIES FILED ON 5-29-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020<br>09:42 AM | CERT MOTION IS<br>CONTESTED | CULLIN,<br>BRIAN R | 01-JUN-2020<br>12:00 PM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents

praceipe for contested SILVERBERG docs.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION TO OVERRULE OBJECTIONS TO REQUESTS FOR DOCUMENTS FILED ON 5-29-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020<br>09:44 AM | CERT MOTION IS<br>CONTESTED | CULLIN,<br>BRIAN R | 01-JUN-2020<br>12:16 PM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents

praceipe for contested SILVERBERG RFAS.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION TO OVERRULE OBJECTIONS TO REQUESTS FOR ADMISSION FILED ON 5-29-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020<br>04:03 PM | CITY CHARGE<br>SUBSEQUENT FILINGS | | 01-JUN-2020<br>04:05 PM |
|---|---|---|---|

**Docket Entry:** *none.*

| 01-JUN-2020<br>04:03 PM | DISCOVERY HEARING<br>REQST FILED | CULLIN,<br>BRIAN R | 01-JUN-2020<br>04:05 PM |
|---|---|---|---|

**Documents:** ⚲Click link(s) to preview/purchase the documents   
MTC RJS DEPO 6.1 6.1.pdf
EX A 6.1.pdf
EX B depo 6.1.pdf
EX C ORDER final final.pdf

**Docket Entry:** 24-2006D024 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO COMPEL DEPOSITION. HEARING SCHEDULED FOR: JULY 30, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020 04:08 PM | CITY CHARGE SUBSEQUENT FILINGS | | 01-JUN-2020 04:22 PM |
|---|---|---|---|

**Docket Entry:** *none.*

| 01-JUN-2020 04:08 PM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 01-JUN-2020 04:22 PM |
|---|---|---|---|

**Documents:** ⚲Click link(s) to preview/purchase the documents
MTC ELS DEPO 6.1 6.1 .pdf
EX A ELS DEPO.pdf
EX B depo 6.1.pdf
EX C ORDER final final.pdf

**Docket Entry:** 22-2006D022 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO COMPEL DEPOSITION. HEARING SCHEDULED FOR: JULY 30, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020 04:19 PM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 01-JUN-2020 05:15 PM |
|---|---|---|---|

**Documents:** ⚲Click link(s) to preview/purchase the documents
PRAECIPE FOR CONTESTED ELS DEPO.pdf

**Docket Entry:** IN RE: MOTION TO COMPEL DEPOSITION FILED ON 6-1-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020 04:38 PM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 01-JUN-2020 05:57 PM |
|---|---|---|---|

**Documents:** 📄Click link(s) to preview/purchase the documents
PRAECIPE FOR CONTESTED RJS DEPO.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION TO COMPEL DEPOSITION FILED ON 6-1-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 01-JUN-2020 06:22 PM | MOTION ASSIGNED | | 01-JUN-2020 06:22 PM |

**Docket Entry:** 34-20041134 MOT-FOR EXTRAORDINARY RELIEF ASSIGNED TO JUDGE: SHIRDAN-HARRIS, LISETTE . ON DATE: JUNE 01, 2020

| 07-JUN-2020 08:22 AM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 08-JUN-2020 12:26 PM |

**Documents:** 📄Click link(s) to preview/purchase the documents
Compel Roggs RJS - Resp.pdf
Compel Disc - Exh. A.pdf
Compel Disc - Exh. B.pdf
Compel Disc - Exh. C.pdf
Compel Disc - Exh. D.pdf
Compel Disc - Exh. E.pdf
Compel Disc - Exh. F.pdf
Compel Disc - Exh. G.pdf
Compel Disc - Exh. H.pdf
Compel Disc - Exh. I.pdf
Compel Disc - Exh. J.pdf
Motion CoverSheet Form

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 04-2006D004 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 07-JUN-2020 08:26 AM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 08-JUN-2020 12:26 PM |

**Documents:** 📄Click link(s) to preview/purchase the documents
Compel RPD RJS - Resp.pdf
Motion CoverSheet Form

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 05-2006D005 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 07-JUN-2020 08:33 AM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 08-JUN-2020 12:27 PM |
|---|---|---|---|

**Documents:** ⬇️Click link(s) to preview/purchase the documents
Compel RFA RJS - Resp.pdf
Motion CoverSheet Form

🛒 Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 06-2006D006 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 07-JUN-2020 08:45 AM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 08-JUN-2020 12:30 PM |
|---|---|---|---|

**Documents:** ⬇️Click link(s) to preview/purchase the documents
Compel RPD ELS - Resp.pdf
Motion CoverSheet Form

🛒 Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 02-2006D002 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 07-JUN-2020 08:48 AM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 08-JUN-2020 12:31 PM |
|---|---|---|---|

**Documents:** ⬇️Click link(s) to preview/purchase the documents
Compel RFA ELS - Resp.pdf
Motion CoverSheet Form

🛒 Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 03-2006D003 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 07-JUN-2020<br>09:16 AM | ANSWER<br>(MOTION/PETITION)<br>FILED | SILVERBERG,<br>RICHARD J | 08-JUN-2020<br>12:32 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Compel Dep RJS - Resp.pdf
Compel Dep - Exh. A.pdf
Compel Dep - Exh. B.pdf
Compel Dep - Exh. C.pdf
Compel Dep - Exh. D.pdf
Compel Dep - Exh. E.pdf
Compel Dep - Exh. F.pdf
Compel Dep - Exh. G.pdf
Compel Dep - Exh. H.pdf
Compel Dep - Exh. I.pdf
Compel Dep - Exh. J.pdf
Compel Dep - Exh. K.pdf
Motion CoverSheet Form

**Docket Entry:** 24-2006D024 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 07-JUN-2020<br>09:24 AM | ANSWER<br>(MOTION/PETITION)<br>FILED | SILVERBERG,<br>RICHARD J | 08-JUN-2020<br>12:32 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Compel Dep ELS - Resp.pdf
Motion CoverSheet Form

**Docket Entry:** 22-2006D022 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 08-JUN-2020<br>01:03 PM | ANSWER<br>(MOTION/PETITION)<br>FILED | SILVERBERG,<br>RICHARD J | 08-JUN-2020<br>04:53 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Compel Roggs ELS - Resp.pdf
Motion CoverSheet Form

**Docket Entry:** 01-2006D001 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

12-JUN-2020   MOTION ASSIGNED                                    12-JUN-2020
11:40 AM                                                         11:40 AM

> **Docket**  02-2006D002 DISCOVERY HEARING REQST FILED ASSIGNED TO
> **Entry:**  JUDGE: DISCOVERY JPT, . ON DATE: JUNE 12, 2020


12-JUN-2020   MOTION ASSIGNED                                    12-JUN-2020
11:40 AM                                                         11:40 AM

> **Docket**  04-2006D004 DISCOVERY HEARING REQST FILED ASSIGNED TO
> **Entry:**  JUDGE: DISCOVERY JPT, . ON DATE: JUNE 12, 2020


12-JUN-2020   MOTION ASSIGNED                                    12-JUN-2020
11:40 AM                                                         11:40 AM

> **Docket**  05-2006D005 DISCOVERY HEARING REQST FILED ASSIGNED TO
> **Entry:**  JUDGE: DISCOVERY JPT, . ON DATE: JUNE 12, 2020


12-JUN-2020   MOTION ASSIGNED                                    12-JUN-2020
11:40 AM                                                         11:40 AM

> **Docket**  06-2006D006 DISCOVERY HEARING REQST FILED ASSIGNED TO
> **Entry:**  JUDGE: DISCOVERY JPT, . ON DATE: JUNE 12, 2020


12-JUN-2020   MOTION ASSIGNED                                    12-JUN-2020
11:41 AM                                                         11:41 AM

> **Docket**  03-2006D003 DISCOVERY HEARING REQST FILED ASSIGNED TO
> **Entry:**  JUDGE: DISCOVERY JPT, . ON DATE: JUNE 12, 2020


12-JUN-2020   MOTION ASSIGNED                                    12-JUN-2020
11:41 AM                                                         11:41 AM

> **Docket**  01-2006D001 DISCOVERY HEARING REQST FILED ASSIGNED TO
> **Entry:**  JUDGE: DISCOVERY JPT, . ON DATE: JUNE 12, 2020


12-JUN-2020   MOTION ASSIGNED                                    12-JUN-2020
11:41 AM                                                         11:41 AM

> **Docket**  22-2006D022 DISCOVERY HEARING REQST FILED ASSIGNED TO
> **Entry:**  JUDGE: DISCOVERY JPT, . ON DATE: JUNE 12, 2020

| 12-JUN-2020 | MOTION ASSIGNED | | 12-JUN-2020 |
| 11:41 AM | | | 11:41 AM |

**Docket Entry:** 24-2006D024 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: DISCOVERY JPT, . ON DATE: JUNE 12, 2020

| 16-JUN-2020 | ORDER ENTERED/236 | PATRICK, | 16-JUN-2020 |
| 02:36 PM | NOTICE GIVEN | PAULA | 02:36 PM |

**Documents:** ⬇Click link(s) to preview/purchase the documents
ORDER_94.pdf

[ 🛒 Click HERE to purchase all documents related to this one docket entry ]

**Docket Entry:** 75-20010275 AND NOW, THIS 16TH DAY OF JUNE, 2020 UPON CONSIDERATION OF DEFNEDANTS MOTION FOR PROTECTIVE ORDER AND/OR STAY OF PROCEEDINGS FILED UNDER CONTROL NO. 20010275 AND THE RESPONSES THERETO, IT ISHEREBY ORDERED AND DECREED THAT THE MOTIONS ARE DISMISSED WITHOUT AS PROCEDURALLY IMPROPER BY THE COURT: PATRICK, J., 6/16/2020

| 16-JUN-2020 | NOTICE GIVEN UNDER | | 17-JUN-2020 |
| 02:36 PM | RULE 236 | | 11:33 AM |

**Docket Entry:** NOTICE GIVEN ON 17-JUN-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 16-JUN-2020.

| 17-JUN-2020 | MOTION ASSIGNMENT | | 17-JUN-2020 |
| 04:37 PM | UPDATED | | 04:37 PM |

**Docket Entry:** 34-20041134 REASSIGNED TO JUDGE NEW, ARNOLD L ON 17-JUN-20

| 18-JUN-2020 | ORDER ENTERED/236 | NEW, | 18-JUN-2020 |
| 05:54 PM | NOTICE GIVEN | ARNOLD L | 05:54 PM |

**Documents:** ⬇Click link(s) to preview/purchase the documents
ORDER_97.pdf

[ 🛒 Click HERE to purchase all documents related to this one docket entry ]

**Docket Entry:** 34-20041134 IT IS ORDERED THAT THE MOTION FOR EXTRAORDINARY RELIEF IS GRANTED AND THE CASE MANAGEMENT DEADLINES ARE EXTENDED 4 MONTHS. A

REVISED CASE MANAGEMENT ORDER SHALL BE ISSUED. ...BY THE COURT; NEW, J. 6-18-20

| 18-JUN-2020 | NOTICE GIVEN UNDER | | 22-JUN-2020 |
| 05:54 PM | RULE 236 | | 09:35 AM |

**Docket Entry:** NOTICE GIVEN ON 22-JUN-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 18-JUN-2020.

| 18-JUN-2020 | REVISED CASE MGMT | | 18-JUN-2020 |
| 06:34 PM | ORDER ISSUED | | 12:00 AM |

**Documents:** ⬇️Click link(s) to preview/purchase the documents
RVCMO_98.pdf

🛒 Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** REVISED CASE MANAGEMENT ORDER - Be advised that the Case Management Order issued for the above-captioned action has been revised as follows: All discovery shall be completed not later than 05-OCT-2020. Plaintiff shall submit expert reports not later than 05-OCT-2020. Defendant shall submit expert reports not later than 02-NOV-2020. All pre-trial motions other than motions in limine shall be filed not later than 02-NOV-2020. A settlement conference will be scheduled any time after . A pre-trial conference will be scheduled at any time after 04-JAN-2021. It is expected that this case shall be ready for trial by 01-FEB-2021. All other terms and conditions on the original Case Management Order will remain in full force and effect. ...BY THE COURT: LISETTE SHIRDAN-HARRIS, J.

| 18-JUN-2020 | NOTICE GIVEN UNDER | | 22-JUN-2020 |
| 06:35 PM | RULE 236 | | 02:21 PM |

**Docket Entry:** NOTICE GIVEN ON 22-JUN-2020 OF REVISED CASE MGMT ORDER ISSUED ENTERED ON 18-JUN-2020.

| 19-JUN-2020 | CASE RESCHEDULED BY | SHIRDAN- | 19-JUN-2020 |
| 06:53 AM | COURT | HARRIS, LISETTE | 06:53 AM |

**Docket Entry:** *none.*

| 19-JUN-2020 | LISTED FOR PRE-TRIAL | | 19-JUN-2020 |
| 06:53 AM | CONF-PROJ | | 06:53 AM |

|  |  |
|---|---|
| **Docket Entry:** | *none.* |

| 02-JUL-2020 11:16 AM | DISCOVERY HEARING REQST FILED | SILVERBERG, RICHARD J | 02-JUL-2020 11:43 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Mtn for Protect Ord - Disc.pdf
Mtn for Protect Ord - Disc - Exh. A.pdf
Mtn for Protect Ord - Disc - Exh. B.pdf
Mtn for Protect Ord - Disc - Exh. C.pdf
Mtn for Protect Ord - Disc - Exh. D.pdf
Mtn for Protect Ord - Disc - Exh. E.pdf
Mtn for Protect Ord - Disc - Exh. F.pdf
Mtn for Protect Ord - Disc - Exh. G.pdf
Mtn for Protect Ord - Disc - Exh. H.pdf
Mtn for Protect Ord - Disc - Exh. I.pdf
Mtn for Protect Ord - Disc - Exh. J.pdf
Mtn for Protect Ord - Disc - Exh. K.pdf
Mtn for Protect Ord - Disc - Exh. L.pdf
Mtn for Protect Ord - Disc - Exh. M.pdf
Mtn for Protect Ord - Disc - Exh. N.pdf
Mtn for Protect Ord - Disc - Exh. O.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 11-2007D011 DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR PROTECTIVE ORDER. HEARING SCHEDULED FOR: JULY 30, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF RICHARD J SILVERBERG AND ELS REALCO LLC)

| 06-JUL-2020 01:51 PM | CERT MOTION IS CONTESTED | SILVERBERG, RICHARD J | 06-JUL-2020 02:12 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Praecipe for Contest Disc Mtn.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION FOR PROTECTIVE ORDER (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 10-JUL-2020 01:19 PM | ANSWER (MOTION/PETITION) FILED | CULLIN, BRIAN R | 10-JUL-2020 02:34 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

MPO RESPONSE SILVERBERG FINAL.pdf

Click HERE to purchase all documents related to this one docket entry

EX A FINAL.pdf
EX B FINAL FINAL.pdf
EX C FINAL.pdf
EX D FINAL FINAL.pdf
EX E FINAL FINAL.pdf
EX F FINAL 7.9.pdf
Motion CoverSheet Form

**Docket Entry:** 11-2007D011 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 17-JUL-2020 08:32 AM | MOTION ASSIGNED | | 17-JUL-2020 08:32 AM |
|---|---|---|---|

**Docket Entry:** 11-2007D011 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: DISCOVERY JPT, . ON DATE: JULY 17, 2020

| 24-JUL-2020 01:27 PM | MOTION TO DISQUALIFY COUNSEL | SILVERBERG, RICHARD J | 24-JUL-2020 02:34 PM |
|---|---|---|---|

**Documents:** ⚞Click link(s) to preview/purchase the documents
Disqual Mtn.pdf
Disqual Mtn - Exh. A.pdf
Disqual Mtn - Exh. B.pdf
Disqual Mtn - Exh. C.pdf
Disqual Mtn - Exh. D.pdf
Disqual Mtn - Exh. E.pdf
Disqual Mtn - Exh. F.pdf
Disqual Mtn - Exh. G.pdf
Motion CoverSheet Form



**Docket Entry:** 92-20072092 RESPONSE DATE 08/13/2020. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 28-JUL-2020 10:48 AM | ANSWER (MOTION/PETITION) FILED | CULLIN, BRIAN R | 28-JUL-2020 11:10 AM |
|---|---|---|---|

**Documents:** ⚞Click link(s) to preview/purchase the documents
RESPONSE TO MOTION TO DISQUALIFY.pdf
EX A 11.26 Letter.pdf
EX B 12.4 EMAIL.pdf
EX C ROHM AND HAAS MEMO TO DISQUALIFY.pdf

EX D SILVERBERG V SILVERBERG
AMENDED COMPLAINT.pdf
EX E Surrick Order and Opinion.pdf
EX F 4.9 EMAIL.pdf
EX G 4.17 EMAIL.pdf
Motion CoverSheet Form

**Docket** 92-20072092 ANSWER IN OPPOSITION OF MOTION TO DISQUALIFY
**Entry:** COUNSEL FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 17-AUG-2020<br>09:06 AM | ORDER ENTERED/236<br>NOTICE GIVEN | ANDERS,<br>DANIEL J | 17-AUG-2020<br>12:00 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
ORDER_109.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket**
**Entry:** AND NOW, THIS 13TH DAY OF AUGUST, 2020, PURSUANT TO PARAGRAPH 3 OF ADMINISTRATIVE ORDER, AMENDED NO. 33 OF 2020, DATED MAY 21, 2020, THIS MATTER IS SCHEDULED FOR A PROCEEDING USING ZOOM VIDEO CONFERENCING SERVICES ON TUESDAY AUGUST 25, 2020 AT 12:00 P.M. THE PROCEEDING IS LIMITED TO ALL OUTSTANDING DISCOVERY MOTIONS...........SEE ORDER FOR FURTHER TERMS AND CONDITIONS.........BY THE COURT: ANDERS,J. 8/13/2020

| 17-AUG-2020<br>09:06 AM | NOTICE GIVEN UNDER<br>RULE 236 | | 17-AUG-2020<br>01:00 PM |
|---|---|---|---|

**Docket** NOTICE GIVEN ON 17-AUG-2020 OF ORDER ENTERED/236 NOTICE
**Entry:** GIVEN ENTERED ON 17-AUG-2020.

| 17-AUG-2020<br>12:17 PM | MOTION ASSIGNED | | 17-AUG-2020<br>12:17 PM |
|---|---|---|---|

**Docket** 92-20072092 MOTION TO DISQUALIFY COUNSEL ASSIGNED TO
**Entry:** JUDGE: PATRICK, PAULA . ON DATE: AUGUST 17, 2020

| 26-AUG-2020<br>08:26 AM | ORDER ENTERED/236<br>NOTICE GIVEN | ROBERTS,<br>JOSHUA | 26-AUG-2020<br>08:26 AM |
|---|---|---|---|

**Documents:**  Click link(s) to preview/purchase the documents
ORDER_112.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 05-2006D005 AND NOW, THIS 25TH DAY OF AUGUST, 2020, UPON CONSIDERATION OF PLAINTIFF'S MOTION TO COMPEL, MOTION IS GRANTED... SEE ATTACHED ORDER FOR FURTHER TERMS... BY THE COURT: ROBERTS,J. 8/26/20

| 26-AUG-2020 08:26 AM | NOTICE GIVEN UNDER RULE 236 | | 27-AUG-2020 12:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 27-AUG-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-AUG-2020.

| 26-AUG-2020 08:35 AM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 26-AUG-2020 08:35 AM |
|---|---|---|---|

**Documents:**  Click link(s) to preview/purchase the documents
ORDER_113.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 04-2006D004 AND NOW, THIS 25TH DAY OF AUGUST, 2020, UPON CONSIDERATION OF PLAINTIFF'S MOTION TO COMPEL IS GRANTED.. .SEE ATTACHED ORDER FOR FURTHER TERMS.. BY THE COURT: ROBERTS,J. 8/26/20

| 26-AUG-2020 08:35 AM | NOTICE GIVEN UNDER RULE 236 | | 27-AUG-2020 12:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 27-AUG-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-AUG-2020.

| 26-AUG-2020 08:58 AM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 26-AUG-2020 08:58 AM |
|---|---|---|---|

**Documents:**  Click link(s) to preview/purchase the documents
ORDER_114.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 03-2006D003 AND NOW,THIS 25TH DAY OF AUGUST, 2020, UPON CONSIDERATION OF PLAINTIFF'S MOTION TO COMPEL IS GRANTED.. BY THE COURT: ROBERTS,J .8/26/20

| 26-AUG-2020 08:58 AM | NOTICE GIVEN UNDER RULE 236 | | 27-AUG-2020 12:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 27-AUG-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-AUG-2020.

| 26-AUG-2020 09:05 AM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 26-AUG-2020 09:05 AM |
|---|---|---|---|

**Documents:** 🔗 Click link(s) to preview/purchase the documents
ORDER_115.pdf

> Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 01-2006D001 AND NOW ,THIS 25TH DAY OF AUGUST, 2020, UPON CONSIDERATION OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT RICHARD J. SILVERBERG TO PROVIDE RESPONSES TO ITS INTERROGATORIES DIRECTED TO DEFENDANT RICHARD J. SILVERBERG, IT IS HEREBY ORDERED AND DECREED THAT PLAINTIFF'S MOTION IS GRANTED... SEE ATTACHED ORDER FOR FURTHER TERMS.. BY THE COURT: ROBERTS,J. 8/26/20

| 26-AUG-2020 09:05 AM | NOTICE GIVEN UNDER RULE 236 | | 27-AUG-2020 12:21 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 27-AUG-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-AUG-2020.

| 26-AUG-2020 09:07 AM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 26-AUG-2020 09:07 AM |
|---|---|---|---|

**Documents:** 🔗 Click link(s) to preview/purchase the documents
ORDER_116.pdf

> Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 22-2006D022 AND NOW, THIS 25TH DAY OF AUGUST, 2020, UPON CONSIDERATION OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT RICHARD J. SILVERBERG TO PARTICIPATE IN A

DEPOSITION BY ORAL EXAMINATION, AND ANY RESPONSE THERETO, IT IS HEREBY ORDERED AND DECREED THAT PLAINTIFF'S MOTION IS GRANTED... SEE ATTACHED ORDER FOR FURTHER TERMS... BY THE COURT: ROBERTS,J. 8/26/20

| 26-AUG-2020 09:07 AM | NOTICE GIVEN UNDER RULE 236 | | 27-AUG-2020 12:24 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 27-AUG-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-AUG-2020.

| 26-AUG-2020 09:10 AM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 26-AUG-2020 09:10 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
ORDER_117.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 11-2007D011 AND NOW, TIHS 25TH DAY OF AUGUST, 2020, UPON CONSIDERATION OF DEFENDANTS' AMENDED MOTION FOR PROTECTIVE IS DENIED... BY THE COURT: ROBERTS,J. 8/26/20

| 26-AUG-2020 09:10 AM | NOTICE GIVEN UNDER RULE 236 | | 27-AUG-2020 12:21 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 27-AUG-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-AUG-2020.

| 26-AUG-2020 09:12 AM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 26-AUG-2020 09:12 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
ORDER_118.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 06-2006D006 AND NOW, THIS 25TH DAY OF AUGUST, 2020, UPON CONSIDERATION OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT ELS REALCO, LLC TO PROVIDE RESPONSES TO ITS REQUESTS FOR ADMISSION DIRECTED TO DEFENDANT ELS REALCO, LLC IT IS HEREBY ORDERED AND DECREED THAT

PLAINTIFF'S MOTION IS GRANTED.... BY THE COURT: ROBERTS,J.
8/26/20

| 26-AUG-2020 09:12 AM | NOTICE GIVEN UNDER RULE 236 | | 27-AUG-2020 12:24 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 27-AUG-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-AUG-2020.

| 26-AUG-2020 09:16 AM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 26-AUG-2020 09:16 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
ORDER_119.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 24-2006D024 AND NOW, THIS 25TH DAY OF AUGUST, 2020, UPON CONSIDERATION OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT ELS REALCO, LLC TO PARTICIPATE IN A DEPOSITION BY ORAL EXAMINATION, AND ANY RESPONSE THERETO, IT IS HEREBY ORDERED AND DECREED THAT PLAINTIFF'S MOTION IS GRANTED... BY THE COURT: ROBERTS,J. 8/26/20

| 26-AUG-2020 09:16 AM | NOTICE GIVEN UNDER RULE 236 | | 27-AUG-2020 12:21 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 27-AUG-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-AUG-2020.

| 28-AUG-2020 06:55 AM | MOT-FOR EXTRAORDINARY RELIEF | CULLIN, BRIAN R | 28-AUG-2020 01:32 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
motion for extra relief final.pdf
Motion CoverSheet Form

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 19-20082619 RESPONSE DATE 09/08/2020. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 28-AUG-2020 06:55 AM | CITY CHARGE SUBSEQUENT FILINGS | CULLIN, BRIAN R | 28-AUG-2020 01:32 PM |
|---|---|---|---|

**Docket Entry:** *none.*

| 28-AUG-2020 12:32 PM | PRAECIPE TO SUPPL/ATTACH FILED | SILVERBERG, RICHARD J | 28-AUG-2020 01:53 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Praecipe to Amend Disqual Mtn.pdf
Disqual Mtn - Amd.pdf
Disqual - Amd - Exh. A.pdf
Disqual - Amd - Exh. B.pdf
Disqual - Amd - Exh. C.pdf
Disqual - Amd - Exh. D.pdf
Disqual - Amd - Exh. E.pdf
Disqual - Amd - Exh. F.pdf
Disqual - Amd - Exh. G.pdf
Disqual - Amd - Exh. H.pdf
Disqual - Amd - Exh. I.pdf
Disqual - Amd - Exh. J.pdf

**Docket Entry:** 92-20072092 PRAECIPE TO SUPPLEMENT/ATTACH RE: MOTION TO DISQUALIFY COUNSEL FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 31-AUG-2020 03:08 PM | ANSWER (MOTION/PETITION) FILED | CULLIN, BRIAN R | 31-AUG-2020 03:11 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Response to Amended Motion to Disqualify 8.31.pdf
EX A DISCOVERY ORDERS.pdf
EX B EMAIL AND PURPORTED SUBPEONAS.pdf
EX C 4.9.19 EMAIL.pdf
EX D 4.17.20 EMAIL.pdf
EX E REFERRAL LETTER.pdf
EX F 12.4.19 EMAIL.pdf
EX G ROHM AND HAAS MEMO TO DISQUALIFY final part 1 of 2.pdf
EX G ROHM AND HAAS MEMO TO DISQUALIFY final part 2 of 2.pdf
EX H SILVERBERG V SILVERBERG

COMPLAINT.pdf
EX I SURRICK ORDER AND OPINION.pdf
Motion CoverSheet Form

**Docket** 92-20072092 ANSWER IN OPPOSITION OF MOTION TO DISQUALIFY
**Entry:** COUNSEL FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 02-SEP-2020 | ORDER ENTERED/236 | ROBERTS, | 02-SEP-2020 |
|---|---|---|---|
| 07:13 AM | NOTICE GIVEN | JOSHUA | 12:00 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

ORDER_132.pdf

**Docket** IT IS HEREBY ORDERED AND DECREED THAT PLAINTIFF'S
**Entry:** MOTION IS GRANTED. IT IS FURTHER ORDERED AND DECREED
THAT DEFENDANT RICHARD J. SILVERBERG'S OBJECTIONS TO
PLAINTIFF'S REQUESTS FOR DOCUMENTS ARE OVERRULED.
DEFENDANT RICHARD J. SILVERBERG SHALL PROVIDE
AMENDED RESPONSES TO PLAINTIFF'S REQUESTS FOR
PRODUCTION OF DOCUMENTS WITHIN TWENTY(20)DAYS OF THIS
ORDER OR MAY SUFFER APPROPRIATE SANCTIONS TO BE
IMPOSED UPON APPLICATION TO THE COURT...........BY THE
COURT: ROBERTS, J. 09/01/2020.

| 02-SEP-2020 | NOTICE GIVEN UNDER | 03-SEP-2020 |
|---|---|---|
| 07:13 AM | RULE 236 | 11:10 AM |

**Docket** NOTICE GIVEN ON 03-SEP-2020 OF ORDER ENTERED/236 NOTICE
**Entry:** GIVEN ENTERED ON 02-SEP-2020.

| 02-SEP-2020 | CITY CHARGE | 02-SEP-2020 |
|---|---|---|
| 02:16 PM | SUBSEQUENT FILINGS | 03:08 PM |

**Docket**
**Entry:** *none.*

| 02-SEP-2020 | DISCOVERY HEARING | CULLIN, | 02-SEP-2020 |
|---|---|---|---|
| 02:16 PM | REQST FILED | BRIAN R | 03:08 PM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

MOTION FOR PROTECTIVE ORDER
9.2.2020 FINAL.pdf

EX A EMAIL AND ATTACHMENTS.pdf
EX B MOTION TO DISQUALIFY.pdf

**Docket Entry:** DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR PROTECTIVE ORDER. HEARING SCHEDULED FOR: SEPTEMBER 24, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 04-SEP-2020 10:40 AM | MOTION FOR RECONSIDERATION | SILVERBERG, RICHARD J | 04-SEP-2020 01:39 PM |
|---|---|---|---|

**Documents:**  Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Reconsid Protect Mtn.pdf
Reconsid Protect Mtn - Exh. A.pdf
Reconsid Protect Mtn - Exh. B.pdf
Motion CoverSheet Form

**Docket Entry:** 53-20090453 MOTION FOR RECONSIDERATION OF JUDGE ROBERTS' ORDER ISSUED 8/25/20 (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 04-SEP-2020 11:23 AM | DISCOVERY HEARING REQST FILED | SILVERBERG, RICHARD J | 04-SEP-2020 12:15 PM |
|---|---|---|---|

**Documents:**  Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Renewed Protect Mtn.pdf
Renewed Protect Mtn - Exh. A.pdf
Renewed Protect Mtn - Exh. B.pdf
Renewed Protect Mtn - Exh. C.pdf

**Docket Entry:** 80-2009D180 DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR PROTECTIVE ORDER. HEARING SCHEDULED FOR: SEPTEMBER 24, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF RICHARD J SILVERBERG AND ELS REALCO LLC)

| 04-SEP-2020 02:50 PM | MOTION ASSIGNED | | 04-SEP-2020 02:50 PM |
|---|---|---|---|

**Docket Entry:** 53-20090453 MOTION FOR RECONSIDERATION ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: SEPTEMBER 04, 2020

| 08-SEP-2020 10:43 AM | CERT MOTION IS WITHDRAWN | CULLIN, BRIAN R | 08-SEP-2020 12:17 PM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
praecipe to withdraw motion for protective order.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:**   IN RE: MOTION FOR PROTECTIVE ORDER FILED ON 9/2/20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 08-SEP-2020 12:53 PM | CERT MOTION IS CONTESTED | SILVERBERG, RICHARD J | 08-SEP-2020 01:11 PM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
Praecipe for Contest Disc Mtn - 1.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:**   IN RE: RENEWED MOTION FOR PROTECTIVE ORDER (FILED 09-04-20) (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 08-SEP-2020 02:11 PM | ANSWER (MOTION/PETITION) FILED | CULLIN, BRIAN R | 08-SEP-2020 02:20 PM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
RESPONSE TO RENEWED MOTION FOR PROTECTIVE ORDER.pdf
EX A AMENDED MOTION TO DISQUALIFY.pdf
EX B RESPONSE TO AMENDED MOTION TO DISQUALIFY COUNSEL.pdf
EX C 2.6.20 ORDER.pdf
EX D 2.14 ORDER.pdf
EX E MOTION FOR PROTECTIVE ORDER.pdf
EX F 8.25 ORDER.pdf
Motion CoverSheet Form

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:**   80-2009D180 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 09-SEP-2020 07:59 AM | MOTION/PETITION MARKED MOOT | ROBERTS, JOSHUA | 09-SEP-2020 07:59 AM |
|---|---|---|---|

**Docket Entry:**   02-2006D002

| 09-SEP-2020 08:38 AM | MOTION ASSIGNED | | 09-SEP-2020 08:38 AM |
|---|---|---|---|

**Docket Entry:** 80-2009D180 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: SEPTEMBER 09, 2020

| 09-SEP-2020 09:34 AM | MOTION/PETITION/STIP WITHDRAWN | SILVERBERG, RICHARD J | 09-SEP-2020 11:51 AM |
|---|---|---|---|

**Documents:** ⏍Click link(s) to preview/purchase the documents
Praecipe to Withdraw Mtn.pdf

[Click HERE to purchase all documents related to this one docket entry]

**Docket Entry:** 53-20090453 PRAECIPE TO WITHDRAW MOTION FOR RECONSIDERATION FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 10-SEP-2020 07:59 AM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 10-SEP-2020 07:59 AM |
|---|---|---|---|

**Documents:** ⏍Click link(s) to preview/purchase the documents
ORDER_145.pdf

[Click HERE to purchase all documents related to this one docket entry]

**Docket Entry:** 80-2009D180 AND NOW, THIS 09TH DAY OF SEPTEMBER, 2020, UPON CONSIDERATION OF DEFENDANTS' RENEWED MOTION FOR PROTECTIVE ORDER AND/OR TO STAY DISCOVERY, AND PLAINTIFF'S RESPONSE, IT IS ORDERED THAT THE MOTION IS DENIED............BY THE COURT: ROBERTS, J. 09/09/2020

| 10-SEP-2020 07:59 AM | NOTICE GIVEN UNDER RULE 236 | | 10-SEP-2020 12:37 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 10-SEP-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 10-SEP-2020.

| 10-SEP-2020 01:42 PM | MOTION ASSIGNED | | 10-SEP-2020 01:42 PM |
|---|---|---|---|

**Docket Entry:** 19-20082619 MOT-FOR EXTRAORDINARY RELIEF ASSIGNED TO JUDGE: SHIRDAN-HARRIS, LISETTE . ON DATE: SEPTEMBER 10, 2020

| 17-SEP-2020<br>09:00 AM | CITY CHARGE<br>SUBSEQUENT FILINGS | | 17-SEP-2020<br>09:07 AM |

**Docket Entry:** *none.*

| 17-SEP-2020<br>09:00 AM | DISCOVERY HEARING<br>REQST FILED | CULLIN,<br>BRIAN R | 17-SEP-2020<br>09:07 AM |

**Documents:** ⏚Click link(s) to preview/purchase the documents



Motion for Sanctions - SILVERBERG 9.17.pdf
EX A INTERROGATORIES TO RJS.pdf
EX B 8.25 ORDER ROGS.pdf
EX C 8.25 ORDER PROTECTIVE ORDER.pdf
EX D ORDER 2.pdf
EX E 9.15 EMAIL RJS ROGS.pdf

**Docket Entry:** 19-2009D519 DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR SANCTIONS. HEARING SCHEDULED FOR: OCTOBER 01, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 17-SEP-2020<br>09:07 AM | CITY CHARGE<br>SUBSEQUENT FILINGS | | 17-SEP-2020<br>09:09 AM |

**Docket Entry:** *none.*

| 17-SEP-2020<br>09:07 AM | DISCOVERY HEARING<br>REQST FILED | CULLIN,<br>BRIAN R | 17-SEP-2020<br>09:09 AM |

**Documents:** ⏚Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Motion for Sanctions - ELS REALCO 9.17.pdf
EX A INTERROGATORIES TO ELS REALCO.pdf
EX B REQUESTS FOR DOCUMENTS TO ELS REALCO.pdf
EX C 8.25 ROGS ORDER.pdf
EX D 8.25 DOCS ORDER.pdf
EX E 8.25 ORDER PROTECTIVE ORDER.pdf
EX F ORDER.pdf

EX G 9.15 EMAIL ROGS.pdf
EX H EMAIL ELS DOCS.pdf

**Docket Entry:** 20-2009D520 DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR SANCTIONS. HEARING SCHEDULED FOR: OCTOBER 01, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 17-SEP-2020 | CITY CHARGE | | 17-SEP-2020 |
|---|---|---|---|
| 09:11 AM | SUBSEQUENT FILINGS | | 09:11 AM |

**Docket Entry:** *none.*

| 17-SEP-2020 | DISCOVERY HEARING | CULLIN, | 17-SEP-2020 |
|---|---|---|---|
| 09:11 AM | REQST FILED | BRIAN R | 09:11 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

MOTION TO DEEM ADMITTED RJS.pdf
EX A RFA TO SILVERBERG.pdf
EX B RJS OBJECTIONS TO RFA.pdf
EX C 8.25 RJS RFA ORDER.pdf
EX D 9.15 EMAIL RJS RFA.pdf

**Docket Entry:** 21-2009D521 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO DEEM ADMITTED. HEARING SCHEDULED FOR: OCTOBER 01, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 17-SEP-2020 | CITY CHARGE | | 17-SEP-2020 |
|---|---|---|---|
| 09:14 AM | SUBSEQUENT FILINGS | | 09:43 AM |

**Docket Entry:** *none.*

| 17-SEP-2020 | DISCOVERY HEARING | CULLIN, | 17-SEP-2020 |
|---|---|---|---|
| 09:14 AM | REQST FILED | BRIAN R | 09:43 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

motion to deem admitted ELS RFA final.pdf
EX A RFA TO ELS.pdf
EX B ELS RFA OBJECTIONS.pdf
EX C 8.25 ORDER ELS RFA.pdf
EX D 9.15 EMAIL ELS RFA.pdf

|  | |  | | |
|---|---|---|---|---|
| **Docket Entry** | 22-2009D522 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO DEEM ADMITTED. HEARING SCHEDULED FOR: OCTOBER 01, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA) | | | |

| 18-SEP-2020 01:11 PM | MOTION FOR SUMMARY JUDGMENT | SILVERBERG, RICHARD J | 18-SEP-2020 03:17 PM |
|---|---|---|---|

**Documents:** 🔴 Click link(s) to preview/purchase the documents

> 🛒 **Click HERE to purchase all documents** related to this one docket entry

Summary Judgment Mtn - Renewed.pdf
Summary Judgment Mtn - Renewed - Exh. A.pdf
Summary Judgment Mtn - Renewed - Exh. B.pdf
Summary Judgment Mtn - Renewed - Exh. C.pdf
Summary Judgment Mtn - Renewed - Exh. D.pdf
Summary Judgment Mtn - Renewed - Exh. E.pdf
Summary Judgment Mtn - Renewed - Exh. F.pdf
Summary Judgment Mtn - Renewed - Exh. G.pdf
Summary Judgment Mtn - Renewed - Exh. H.pdf
Summary Judgment Mtn - Renewed - Exh. I.pdf
Summary Judgment Mtn - Renewed - Exh. J.pdf
Motion CoverSheet Form

**Docket Entry:** 30-20092230 RESPONSE DATE 10/19/2020. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 18-SEP-2020 01:30 PM | MOTION FOR PROTECTIVE ORDER | SILVERBERG, RICHARD J | 18-SEP-2020 03:26 PM |
|---|---|---|---|

**Documents:** 🔴 Click link(s) to preview/purchase the documents

> 🛒 **Click HERE to purchase all documents** related to this one docket entry

Stay re SJ Mtn.pdf
Stay re SJ Mtn - Exh. A.pdf
Motion CoverSheet Form

**Docket Entry:** 31-20092231 RESPONSE DATE 10/08/2020. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 18-SEP-2020 03:55 PM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 18-SEP-2020 04:13 PM |
|---|---|---|---|

**Documents:** ☒ Click link(s) to preview/purchase the documents
PRAECIPE RJS SANCTIONS CONTESTED.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION FOR SANCTIONS AGAINST DEFENDANT RICHARD SILVERBERG FILED ON 9-17-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 18-SEP-2020 03:56 PM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 18-SEP-2020 04:14 PM |
|---|---|---|---|

**Documents:** ☒ Click link(s) to preview/purchase the documents
PRAECIPE ELS SANCTIONS CONTESTED.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION FOR SANCTIONS AGAINST DEFENDANT ELS REALCO, LLC FILED ON 9-17-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 18-SEP-2020 03:57 PM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 18-SEP-2020 04:15 PM |
|---|---|---|---|

**Documents:** ☒ Click link(s) to preview/purchase the documents
PRAECIPE deem admitted RJS.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION TO DEEM REQUESTS FOR ADMISSION TO DEFENDANT SILVERBERG AS ADMITTED FILED ON 9-17-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 18-SEP-2020 03:58 PM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 18-SEP-2020 04:15 PM |
|---|---|---|---|

**Documents:** ☒ Click link(s) to preview/purchase the documents
PRAECIPE deem admitted ELS CONTESTED.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION TO DEEM REQUESTS FOR ADMISSION TO DEFENDANT ELS REALCO, LLC AS ADMITTED FILED ON 9-17.20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 23-SEP-2020 09:21 AM | OBJECTIONS FILED | SILVERBERG, RICHARD J | 23-SEP-2020 11:51 AM |
|---|---|---|---|

**Documents:** ⬨Click link(s) to preview/purchase the documents



Subpoena - Wells Fargo - Objects.pdf
Subpoena - Wells Fargo - Objects - Exh. A.pdf
Subpoena - Wells Fargo - Objects - Exh. B.pdf
Subpoena - Wells Fargo - Objects - Exh. C.pdf

**Docket Entry:** OBJECTIONS TO SUBPOENA PURSUANT TO RULE 4009.21 FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 23-SEP-2020 09:32 AM | CITY CHARGE SUBSEQUENT FILINGS | | 23-SEP-2020 09:50 AM |
|---|---|---|---|

**Docket Entry:** *none.*

| 23-SEP-2020 09:32 AM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 23-SEP-2020 09:50 AM |
|---|---|---|---|

**Documents:** ⬨Click link(s) to preview/purchase the documents



MFC SILVERBERG DOCS 9.23.pdf
EX A REQUEST FOR DOCS.pdf
EX B 8.25 ORDER final.pdf
EX C 9.1 Order.pdf
EX D 9.9 ORDER.pdf
EX E 9.22 EMAIL.pdf

**Docket Entry:** 91-2009D691 DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR SANCTIONS. HEARING SCHEDULED FOR: OCTOBER 29, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 24-SEP-2020 12:23 PM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 24-SEP-2020 01:53 PM |
|---|---|---|---|

**Documents:** ⬨Click link(s) to preview/purchase the documents



PRAECIPE CONTESTED MFS RJS 2.pdf

**Docket Entry:** IN RE: MOTION FOR SANCTIONS FILED ON 9-23-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 28-SEP-2020 09:04 AM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 28-SEP-2020 09:19 AM |
|---|---|---|---|

**Documents:** 📄 Click link(s) to preview/purchase the documents

[Click HERE to purchase all documents related to this one docket entry]

Sanc Roggs RJS - Resp.pdf
Sanc Roggs RJS - Resp - Exh. A.pdf
Sanc Roggs RJS - Resp - Exh. B.pdf
Sanc Roggs RJS - Resp - Exh. C.pdf
Sanc Roggs RJS - Resp - Exh. D.pdf
Sanc Roggs RJS - Resp - Exh. E.pdf
Sanc Roggs RJS - Resp - Exh. F.pdf
Sanc Roggs RJS - Resp - Exh. G.pdf
Sanc Roggs RJS - Resp - Exh. H.pdf
Sanc Roggs RJS - Resp - Exh. I.pdf
Sanc Roggs RJS - Resp - Exh. J.pdf
Sanc Roggs RJS - Resp - Exh. K.pdf
Sanc Roggs RJS - Resp - Exh. L.pdf
Sanc Roggs RJS - Resp - Exh. M.pdf
Sanc Roggs RJS - Resp - Exh. N.pdf
Sanc Roggs RJS - Resp - Exh. O.pdf
Motion CoverSheet Form

**Docket Entry:** 19-2009D519 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 28-SEP-2020 09:18 AM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 28-SEP-2020 09:21 AM |
|---|---|---|---|

**Documents:** 📄 Click link(s) to preview/purchase the documents

[Click HERE to purchase all documents related to this one docket entry]

Sanc RPD RJS - Resp.pdf
Motion CoverSheet Form

**Docket Entry:** 91-2009D691 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 28-SEP-2020 09:22 AM | MOTION ASSIGNED | | 28-SEP-2020 09:22 AM |
|---|---|---|---|

**Docket Entry:** 19-2009D519 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: DISCOVERY JPT, . ON DATE: SEPTEMBER 28, 2020

| 28-SEP-2020 09:24 AM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 28-SEP-2020 09:25 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Sanc RFA RJS - Resp.pdf
Motion CoverSheet Form

**Docket Entry:** 21-2009D521 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 28-SEP-2020 09:32 AM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 28-SEP-2020 09:52 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Sanc Disc ELS - Resp.pdf
Motion CoverSheet Form

**Docket Entry:** 20-2009D520 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 28-SEP-2020 09:37 AM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 28-SEP-2020 09:52 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

Sanc RFA ELS - Resp.pdf
Motion CoverSheet Form

**Docket Entry:** 22-2009D522 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 28-SEP-2020 11:46 AM | MOTION ASSIGNMENT UPDATED | | 28-SEP-2020 11:46 AM |

|  | **Docket Entry:** | 19-2009D519 REASSIGNED TO JUDGE ROBERTS, JOSHUA ON 28-SEP-20 |  |

| 29-SEP-2020 08:45 AM | MOTION ASSIGNED | 29-SEP-2020 08:45 AM |

|  | **Docket Entry:** | 22-2009D522 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: SEPTEMBER 29, 2020 |

| 29-SEP-2020 08:45 AM | MOTION ASSIGNED | 29-SEP-2020 08:45 AM |

|  | **Docket Entry:** | 20-2009D520 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: SEPTEMBER 29, 2020 |

| 29-SEP-2020 08:45 AM | MOTION ASSIGNED | 29-SEP-2020 08:45 AM |

|  | **Docket Entry:** | 21-2009D521 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: SEPTEMBER 29, 2020 |

| 29-SEP-2020 09:33 AM | ANSWER (MOTION/PETITION) FILED | CULLIN, BRIAN R | 29-SEP-2020 09:38 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

RESPONSE SILVERBERG PROTECTIVE ORDER 9.28 FINAL.pdf
EX A 1.3.20 MOTION FOR PROTECTIVE ORDER.pdf
EX B 6.16.20 ORDER.pdf
EX C 2.6.20 ORDER final.pdf
EX D REVISED CASE MANAGEMENT ORDER.pdf
EX E 8.25.20 and 9.1.20 discovery court orders.pdf
EX F 8.25 ORDER FINAL.pdf
Motion CoverSheet Form

**Docket Entry:** 31-20092231 ANSWER IN OPPOSITION OF MOTION FOR PROTECTIVE ORDER FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 30-SEP-2020<br>10:46 AM | MOTION ASSIGNED | | 30-SEP-2020<br>10:46 AM |

**Docket Entry:** 91-2009D691 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: SEPTEMBER 30, 2020

| 30-SEP-2020<br>11:08 AM | ORDER ENTERED/236<br>NOTICE GIVEN | ANDERS,<br>DANIEL J | 30-SEP-2020<br>12:00 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

ORDER_178.pdf

**Docket Entry:** AND NOW, THIS 30TH DAY OF SEPTEMBER, 2020, PURSUANT TO PARAGRAPH 3 OF ADMINISTRATIVE ORDER, AMENDED NO. 33 OF 2020, DATED MAY 21, 2020, THIS MATTER IS SCHEDULED FOR A PROCEEDING USING ZOOM VIDEO CONFERENCING SERVICE ON TUESDAY OCTOBER 6, 2020 AT 11:00AM. THE PROCEEDING IS LIMITED TO THE FOLLOWING OUTSTANDING MOTIONS: CONTROL NOS. 2005D519, 2005D520, 2005D521, 2005D522, AND 2005D691... SEE ATTACHED ORDER FOR FURTHER TERMS.. BY THE COURT: ROBERTS,J 9/30/20

| 30-SEP-2020<br>11:08 AM | NOTICE GIVEN UNDER<br>RULE 236 | | 01-OCT-2020<br>07:21 AM |

**Docket Entry:** NOTICE GIVEN ON 01-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 30-SEP-2020.

| 02-OCT-<br>2020<br>09:54 AM | CITY CHARGE<br>SUBSEQUENT FILINGS | | 02-OCT-2020<br>10:17 AM |

**Docket Entry:** *none.*

| 02-OCT-<br>2020<br>09:54 AM | DISCOVERY HEARING<br>REQST FILED | CULLIN,<br>BRIAN R | 02-OCT-2020<br>10:17 AM |

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

MFS DEPO RJS FINAL.pdf
EX A DEPOSITION NOTICE 6.1.pdf
EX B 8.25.20 Order.pdf

EX C Deposition Notice 10.1.pdf
EX D 2.6.20 Order.pdf
EX E 6.16.20 Order.pdf
EX F SILVERBERG EMAIL.pdf

**Docket Entry**
12-2010D012 DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR SANCTIONS. HEARING SCHEDULED FOR: OCTOBER 29, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 02-OCT-2020 10:43 AM | CITY CHARGE SUBSEQUENT FILINGS | | 02-OCT-2020 12:06 PM |
|---|---|---|---|

**Docket Entry:** *none.*

| 02-OCT-2020 10:43 AM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 02-OCT-2020 12:06 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

MFS DEPO ELS FINAL.pdf
EX A DEPOSITION NOTICE 6.1 ELS.pdf
EX C DEPOSITION NOTICE 10.2 ELS.pdf
EX D 2.6.20 Order.pdf
EX E 6.16.20 Order.pdf
EX F SILVERBERG EMAIL.pdf
EX B 8.25 ORDER ELS.pdf

**Docket Entry**
11-2010D011 DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR SANCTIONS. HEARING SCHEDULED FOR: OCTOBER 29, 2020 AT 09:00 IN ROOM 253 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 05-OCT-2020 09:01 AM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 05-OCT-2020 09:56 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents

Click HERE to purchase all documents related to this one docket entry

PRAECIPE RJS DEPO SANCTIONS.pdf

**Docket Entry:** IN RE: MOTION FOR SANCTIONS AGAINST DEFENDANT SILVERBERG FILED ON 10-2-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 05-OCT-2020<br>09:03 AM | CERT MOTION IS<br>CONTESTED | CULLIN,<br>BRIAN R | 05-OCT-2020<br>09:57 AM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
PRAECIPE ELS DEPO SANCTIONS.pdf

> Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IN RE: MOTION FOR SANCTIONS AGAINST DEFENDANT LLC FILED ON 10-2-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 05-OCT-2020<br>01:26 PM | MOTION ASSIGNED | | 05-OCT-2020<br>01:26 PM |
|---|---|---|---|

**Docket Entry:** 12-2010D012 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: OCTOBER 05, 2020

| 05-OCT-2020<br>01:26 PM | MOTION ASSIGNED | | 05-OCT-2020<br>01:26 PM |
|---|---|---|---|

**Docket Entry:** 11-2010D011 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: OCTOBER 05, 2020

| 05-OCT-2020<br>01:33 PM | MOTION ASSIGNED | | 05-OCT-2020<br>01:33 PM |
|---|---|---|---|

**Docket Entry:** 31-20092231 MOTION FOR PROTECTIVE ORDER ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: OCTOBER 05, 2020

| 07-OCT-2020<br>11:56 AM | ORDER ENTERED/236<br>NOTICE GIVEN | ROBERTS,<br>JOSHUA | 07-OCT-2020<br>11:56 AM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
ORDER_189.pdf

> Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 22-2009D522 AND NOW, THIS 6TH DAY OF OCTOBER 2020, UPON CONSIDERATION OF PLAINTIFF CITY OF PHILADELPHIA'S MOTION FOR SANCTIONS, MOITON IS GRANTED... BY THE COURT: ROBERTS,J. 10/7/20

| 07-OCT-2020 11:56 AM | NOTICE GIVEN UNDER RULE 236 | | 07-OCT-2020 05:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 07-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-OCT-2020.

| 07-OCT-2020 12:25 PM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 07-OCT-2020 12:25 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
ORDER_190.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 21-2009D521 AND NOW, THIS 6TH DAY OF OCTOBER, 2020, UPON CONSIDERATION OF PLAINTIFF CITY OF PHILADEPHIA'S MOTION FOR SANCTIONS IS GRANTED.. BY THE COURT: ROBERTS,J. 10/7/20

| 07-OCT-2020 12:25 PM | NOTICE GIVEN UNDER RULE 236 | | 07-OCT-2020 05:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 07-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-OCT-2020.

| 07-OCT-2020 12:28 PM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 07-OCT-2020 12:28 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
ORDER_191.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 91-2009D691 AND NOW, THIS 6TH DAY OF OCTOBER, 2020, UPON CONSIDERATION OF PLAINTIFF CITY OF PHILADELPHIA'S MOTION FOR SANCTIONS, MOTION IS GRANTED... BY THE COURT: ROBERTS,J. 10/7/20

| 07-OCT-2020 12:28 PM | NOTICE GIVEN UNDER RULE 236 | | 07-OCT-2020 05:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 07-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-OCT-2020.

| 07-OCT-2020 12:31 PM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 07-OCT-2020 12:31 PM |
|---|---|---|---|

**Documents:** ⬇️Click link(s) to preview/purchase the documents
ORDER_192.pdf

🛒 **Click HERE to purchase all documents related to this one docket entry**

**Docket Entry:** 20-2009D520 AND NOW, THIS 6TH DAY OF OCTOBER, 2020, UPON CONSIDERATION OF PLAINTIFF CITY OF PHILADELPHIA'S MOTION FOR SANCTIONS, MOTION IS GRANTED... BY THE COURT: ROBERTS,J. 10/7/20

| 07-OCT-2020 12:31 PM | NOTICE GIVEN UNDER RULE 236 | | 07-OCT-2020 05:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 07-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-OCT-2020.

| 07-OCT-2020 12:35 PM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 07-OCT-2020 12:00 AM |
|---|---|---|---|

**Documents:** ⬇️Click link(s) to preview/purchase the documents
ORDER_193.pdf

🛒 **Click HERE to purchase all documents related to this one docket entry**

**Docket Entry:** AND NOW, THIS 6TH DAY OF OCTOBER, 2020, UPON CONSIDERATION OF DEFENDANT RICHARD J. SILVERBERG'S MOTION FOR PROTECTIVE ORDER AND/OR STAY, AND PLAINTIFF CITY OF PHILADELPHIA'S RESPONSE IS DENIED... BY THE COURT: ROBERTS,J. 10/7/20

| 07-OCT-2020 12:35 PM | NOTICE GIVEN UNDER RULE 236 | | 07-OCT-2020 05:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 07-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-OCT-2020.

| 07-OCT-2020 12:44 PM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 07-OCT-2020 12:44 PM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
ORDER_194.pdf


Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 19-2009D519 AND NOW, THIS 6TH DAY OF OCTOBER, 2020, UPON CONSIDERATION OF PLAINTIFF CITY OF PHILADELPHIA'S MOTION FOR SANCTIONS, MOTION IS GRANTED... BY THE COURT: ROBERTS,J. 10/7/20

| 07-OCT-2020 12:44 PM | NOTICE GIVEN UNDER RULE 236 | | 07-OCT-2020 05:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 07-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-OCT-2020.

| 07-OCT-2020 12:52 PM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 07-OCT-2020 12:52 PM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
ORDER_195.pdf


Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 12-2010D012 AND NOW, THIS 6TH DAY OF OCTOBER, 2020, UPON CONSIDERATION OF PLAINTIFF CITY OF PHILADELPHIA'S MOTION FOR SANCTIONS AS TO DEFENDANT RICHARD J. SILVERBERG'S FAILURE TO COMPLY WITH THIS COURT'S ORDER OF AUGUST, 26, 2020, MOITON IS GRANTED... BY THE COURT: ROBERTS,J. 10/7/20

| 07-OCT-2020 12:52 PM | NOTICE GIVEN UNDER RULE 236 | | 07-OCT-2020 05:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 07-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-OCT-2020.

| 07-OCT-2020 01:12 PM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 07-OCT-2020 01:12 PM |
|---|---|---|---|

**Documents:** 📄Click link(s) to preview/purchase the documents

ORDER_196.pdf

**Click HERE to purchase all documents related to this one docket entry**

**Docket Entry:** 11-2010D011 AND NOW, THIS 6TH DAY OF OCTOBER, 2020, UPON CONSIDERATION OF PLAINTIFF CITY OF PHILADELPHIA'S MOTION OF SANCTIONS AS TO DEFENDANT ELS REALCO, LLC'S FAILURE TO COMPLY WITH THIS COURT'S ORDER OF AUGUST 26, 2020, MOTION IS GRANTED... BY THE COURT: ROBERTS,J. 10/7/20

| 07-OCT-2020 01:12 PM | NOTICE GIVEN UNDER RULE 236 | | 07-OCT-2020 05:26 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 07-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-OCT-2020.

| 08-OCT-2020 12:22 PM | MOTION/PETITION MARKED MOOT | ROBERTS, JOSHUA | 08-OCT-2020 12:22 PM |
|---|---|---|---|

**Docket Entry:** 31-20092231 SEE ORDER

| 16-OCT-2020 10:27 AM | CITY CHARGE SUBSEQUENT FILINGS | | 16-OCT-2020 10:45 AM |
|---|---|---|---|

**Docket Entry:** *none.*

| 16-OCT-2020 10:27 AM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 16-OCT-2020 10:45 AM |
|---|---|---|---|

**Documents:** 📄Click link(s) to preview/purchase the documents

MFS DEPO DEFAULT RJS.pdf
EX A DEPOSITION NOTICE 6.1.pdf
EX B 8.25.20 Order.pdf
EX C Deposition Notice 10.1.pdf
EX D 10.6 RJS Depo Order.pdf
EX E RJS DEPO NOTICE 10.14.pdf

**Click HERE to purchase all documents related to this one docket entry**

**Docket Entry:** 66-2010D366 DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR SANCTIONS. HEARING SCHEDULED FOR:

NOVEMBER 12, 2020 AT 09:00 IN ROOM 254 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 16-OCT-2020 10:48 AM | CITY CHARGE SUBSEQUENT FILINGS | | 16-OCT-2020 10:54 AM |
|---|---|---|---|

**Docket Entry:** *none.*

| 16-OCT-2020 10:48 AM | DISCOVERY HEARING REQST FILED | CULLIN, BRIAN R | 16-OCT-2020 10:54 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents 
MFS DEPO ELS FINAL default.pdf
EX A ELS DEPO NOTICE 6.1.pdf
EX B 8.25 ORDER ELS 2.pdf
EX C DEPOSITION NOTICE 10.2 ELS 2.pdf
EX D 10.6 ELS DEPO ORDER.pdf
EX E 10.16 DEPO NOTICE ELS.pdf
EX F 10.6 ORDERS.pdf
EX G COMPLAINT.pdf

**Docket Entry:** 65-2010D365 DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR SANCTIONS. HEARING SCHEDULED FOR: NOVEMBER 12, 2020 AT 09:00 IN ROOM 254 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 16-OCT-2020 02:11 PM | ANSWER (MOTION/PETITION) FILED | CULLIN, BRIAN R | 16-OCT-2020 02:14 PM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
RESPONSE TO RENEWED MSJ 10.16.pdf
EX A 2.6.20 ORDER.pdf
EX B Reconsideration Order.pdf
EX C 8.25.20 Orders.pdf
EX D 10.6.20 Orders.pdf
EX E Amended Motion to Disqualify Counsel.pdf
EX F P Response to Amended Motion to Disqualify.pdf
EX G 10.6.20 RFA Deem Admitted Orders and Requests for Admissions.pdf

EX H RJS Response to Motion to
Foreclose.pdf
EX I Complaint.pdf
EX J Answer.pdf
Motion CoverSheet Form

**Docket Entry**  30-20092230 ANSWER IN OPPOSITION OF MOTION FOR SUMMARY JUDGMENT FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 19-OCT-2020 10:32 AM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 19-OCT-2020 11:50 AM |
|---|---|---|---|

**Documents:**  Click link(s) to preview/purchase the documents
praecipe rjs depo sanction 10.19.pdf



**Docket Entry**  IN RE: MOTION FOR SANCTIONS AGAINST RICHARD SILVERBERG FILED ON 10-16-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 19-OCT-2020 10:36 AM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 19-OCT-2020 11:53 AM |
|---|---|---|---|

**Documents:**  Click link(s) to preview/purchase the documents
praecipe els depo sanction 10.19.pdf

**Docket Entry**  IN RE: MOTION FOR SANCTIONS AGAINST ELS REALCO, LLC FILED ON 10-16-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 21-OCT-2020 10:27 AM | MOTION ASSIGNED | | 21-OCT-2020 10:27 AM |
|---|---|---|---|

**Docket Entry**  30-20092230 MOTION FOR SUMMARY JUDGMENT ASSIGNED TO JUDGE: PATRICK, PAULA . ON DATE: OCTOBER 21, 2020

| 21-OCT-2020 11:51 AM | ORDER ENTERED/236 NOTICE GIVEN | PATRICK, PAULA | 21-OCT-2020 11:51 AM |
|---|---|---|---|

**Documents:**  Click link(s) to preview/purchase the documents
ORDER_214_001.pdf

**Docket Entry:** 92-20072092 IT IS HEREBY ORDERED AND DECREED THAT THE MOTION TO DISQUALIFY COUNSEL IS DISMISSED WITHOUT PREJUDICE TO DEFENDANTS' RIGHT TO RE-FILE THE MOTION PENDING THE OUTCOME OF THE HEARING SCEHDULED FOR 02/04/2021 ON THE MOTION FILED UNDER CONTROL NUMBER 19120500... BY THE COURT: PATRICK, J. 10/20/2020

| 21-OCT-2020 11:51 AM | NOTICE GIVEN UNDER RULE 236 | | 23-OCT-2020 09:02 AM |

**Docket Entry:** NOTICE GIVEN ON 23-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 21-OCT-2020.

| 22-OCT-2020 09:44 AM | MOTION ASSIGNED | | 22-OCT-2020 09:44 AM |

**Docket Entry:** 66-2010D366 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: OCTOBER 22, 2020

| 22-OCT-2020 09:44 AM | MOTION ASSIGNED | | 22-OCT-2020 09:44 AM |

**Docket Entry:** 65-2010D365 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: ROBERTS, JOSHUA . ON DATE: OCTOBER 22, 2020

| 26-OCT-2020 09:44 AM | MOTION/PETITION REPLY FILED | SILVERBERG, RICHARD J | 26-OCT-2020 09:49 AM |

**Documents:** Click link(s) to preview/purchase the documents

 Click HERE to purchase all documents related to this one docket entry

Summary Judgment Mtn - Renewed - Reply.pdf
Summary Judgment Mtn - Renewed - Reply - Exh. A.pdf
Summary Judgment Mtn - Renewed - Reply - Exh. B.pdf
Summary Judgment Mtn - Renewed - Reply - Exh. C.pdf
Summary Judgment Mtn - Renewed - Reply - Exh. D.pdf
Motion CoverSheet Form

| **Docket Entry:** | 30-20092230 REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG) |

| 27-OCT-2020 01:57 PM | ORDER ENTERED/236 NOTICE GIVEN | SHIRDAN-HARRIS, LISETTE | 27-OCT-2020 01:57 PM |

**Documents:** Click link(s) to preview/purchase the documents
ORDER_219.pdf

Click HERE to purchase all documents related to this one docket entry

| **Docket Entry:** | 19-20082619 IT IS ORDERED THAT ALL DEADLINES ARE EXTENDED 90 DAYS. BY THE COURT ...SHIRDAN-HARRIS,J 10/26/20 |

| 27-OCT-2020 01:57 PM | NOTICE GIVEN UNDER RULE 236 | | 28-OCT-2020 09:59 AM |

| **Docket Entry:** | NOTICE GIVEN ON 28-OCT-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 27-OCT-2020. |

| 27-OCT-2020 01:59 PM | CASE RESCHEDULED BY COURT | | 27-OCT-2020 01:59 PM |

**Docket Entry:** *none.*

| 27-OCT-2020 01:59 PM | CASE RESCHEDULED BY COURT | | 27-OCT-2020 01:59 PM |

**Docket Entry:** *none.*

| 27-OCT-2020 01:59 PM | LISTED FOR PRE-TRIAL CONF-PROJ | | 27-OCT-2020 01:59 PM |

**Docket Entry:** *none.*

| 27-OCT-2020<br>01:59 PM | LISTED IN TRIAL READY<br>POOL | | 27-OCT-2020<br>01:59 PM |
|---|---|---|---|

**Docket Entry:** *none.*

| 27-OCT-2020<br>01:59 PM | REVISED CASE MGMT<br>ORDER ISSUED | | 27-OCT-2020<br>12:00 AM |
|---|---|---|---|

**Documents:** Click link(s) to preview/purchase the documents
RVCMO_224.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** REVISED CASE MANAGEMENT ORDER - Be advised that the Case Management Order issued for the above-captioned action has been revised as follows: 1. All discovery shall be completed not later than 04-JAN-2021. 2. Plaintiff shall submit expert reports not later than 04-JAN-2021. 3. Defendant shall submit expert reports not later than 01-FEB-2021. 4. All pre-trial motions other than motions in limine shall be filed not later than 01-FEB-2021. 5. A settlement conference will be scheduled any time after 05-APR-2021. 6. It is expected that this case shall be ready for trial by 03-MAY-2021. All other terms and conditions on the original Case Management Order will remain in full force and effect. ...BY THE COURT: KAREN SHREEVES-JOHNS, J., 27-OCT-2020

| 27-OCT-2020<br>02:00 PM | NOTICE GIVEN UNDER<br>RULE 236 | | 28-OCT-2020<br>09:59 AM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 28-OCT-2020 OF REVISED CASE MGMT ORDER ISSUED ENTERED ON 27-OCT-2020.

| 27-OCT-2020<br>02:51 PM | CITY CHARGE<br>SUBSEQUENT FILINGS | | 28-OCT-2020<br>11:35 AM |
|---|---|---|---|

**Docket Entry:** *none.*

| 27-OCT-2020<br>02:51 PM | DISCOVERY HEARING<br>REQST FILED | CULLIN,<br>BRIAN R | 28-OCT-2020<br>11:35 AM |
|---|---|---|---|

| Documents: | ⬇Click link(s) to preview/purchase the documents |  |
|---|---|---|

MOTION TO OVERRULE OBJECTIONS to subpoena silverberg 10.27.pdf
EX A COMPLAINT 10.26.pdf
EX B ANSWER 10.26.pdf
EX C NOTICES OF INTENT TO ISSUE SUBPOENAS.pdf
EX D SUBPOENA TO WF ELS.pdf
EX E SUBPOENA TO WF RJS.pdf
EX F RFA and Deem Admitted Order.pdf
EX G OBJECTIONS.pdf
EX H 8.25 Orders.pdf
EX I 10.6.20 ORDER.pdf
EX J 2.6.20 ORDER.pdf
EX K 3.2.20 ORDER.pdf

**Docket Entry:** 92-2010D692 DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO OVERRULE OBJECTIONS. HEARING SCHEDULED FOR: DECEMBER 03, 2020 AT 09:00 IN ROOM 254 CITY HALL. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 29-OCT-2020 10:06 AM | MOTION/PETITION REPLY FILED | CULLIN, BRIAN R | 29-OCT-2020 10:13 AM |
|---|---|---|---|

| Documents: | ⬇Click link(s) to preview/purchase the documents | Click HERE to purchase all documents related to this one docket entry |
|---|---|---|

reply to reply msj rjs updated 10.28.pdf
EX A 10.26 ORDER.pdf
EX B REVISED CASE MANAGEMENT ORDER.pdf
EX C 2.6.20 ORDER 10.29.pdf
EX D COMPLAINT.pdf
EX E RFA and Deem Admitted Order.pdf
Motion CoverSheet Form

**Docket Entry:** 30-20092230 REPLY IN OPPOSITION OF MOTION FOR SUMMARY JUDGMENT FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 29-OCT-2020 12:16 PM | CERT MOTION IS CONTESTED | CULLIN, BRIAN R | 29-OCT-2020 12:26 PM |
|---|---|---|---|

| Documents: | ⬇Click link(s) to preview/purchase the documents | Click HERE to purchase all documents related to this one docket entry |
|---|---|---|

praceipe for contested els rjs overrule objections to subpoena.pdf

**Docket Entry**   IN RE: MOTION TO OVERRULE OBJECTIONS FILED ON 10-27-20 (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 29-OCT-2020 01:01 PM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 29-OCT-2020 01:38 PM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
Sanc Dep RJS - Resp.pdf
Sanc Dep - Exh. A.pdf
Sanc Dep - Exh. B.pdf
Sanc Dep - Exh. C.pdf
Motion CoverSheet Form

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:**   66-2010D366 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 29-OCT-2020 01:03 PM | ANSWER (MOTION/PETITION) FILED | SILVERBERG, RICHARD J | 29-OCT-2020 01:42 PM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
Sanc Dep ELS - Resp.pdf
Sanc Dep - Exh. A.pdf
Sanc Dep - Exh. B.pdf
Sanc Dep - Exh. C.pdf
Motion CoverSheet Form

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:**   65-2010D365 ANSWER IN OPPOSITION OF DISCOVERY HEARING REQST FILED FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 12-NOV-2020 07:42 AM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 12-NOV-2020 07:42 AM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
ORDER_233.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:**   66-2010D366 IT IS ORDERED THAT THE MOTION IS GRANTED. IT IS FURTHER ORDERED AS FOLLOWS: 1). PURSUANT TO RULE 4019 AND FOR THE REASONS STATED ON THE RECORD, A DEFAULT JUDGMENT IS ENTERED AGAINST DEFENDANT RICHARD J.

SILVERBERG: 2) JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF CITY OF PHILADELPHIA AND AGAINST DEFENDANT RICHARD J. SILVERBERG; AND 3). DEFENDANT RICHARD J. SILVERBERG IS ENJOINED AGAINST DISPOSITION OF ALL REAL PROPERTY OWNED, IN WHOLE OR IN PART, BY DEFENDANT RICHARD J. SILVERBERG...........BY THE COURT: ROBERTS, J. 11/10/2020

| 12-NOV-2020 07:42 AM | NOTICE GIVEN UNDER RULE 236 | | | 12-NOV-2020 08:37 AM |
|---|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 12-NOV-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 12-NOV-2020.

| 12-NOV-2020 07:49 AM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | $340,581.35 | 12-NOV-2020 07:49 AM |
|---|---|---|---|---|

**Documents:** ⬇ Click link(s) to preview/purchase the documents
ORDER_234.pdf
ORDER_234_001.pdf



**Docket Entry:** 65-2010D365 IT IS ORDERED THAT THE MOTION IS GRANTED. IT IS FURTHER ORDERED AS FOLLOWS: 1). PURSUANT TO RULE 4019 AND FOR THE REASONS STATED ON THE RECORD, A DEFAULT JUDGMENT IS ENTERED AGAINST DEFENDANT ELS REALCO, LLC: 2) JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF CITY OF PHILADELPHIA AND AGAINST DEFENDANT ELS REALCO, LLC IN THE AMOUNT OF $340581.35; AND 3). DEFENDANT ELS REALCO, LLC IS ENJOINED AGAINST AND ANY ALL FUTURE AND FURTHER DISPOSITIONS OF 2101 MARKET STREET #3201, PHILADELPHIA, PA 19103; 4) DEFENDANT ELS REALCO, LLC IS ENJOINED AGAINST DISPOSITION OF ALL REAL PROPERTY OWNED, IN WHOLE OR IN PART, BY DEFENDANT ELS REALCO, LLC; AND 5) PLAINTIFF CITY OF PHILADELPHIA IS PERMITTED TO LEVY AND EXECUTE AGAINST 2101 MARKET STREET, #3201, PHILADELPHIA, PA 19103 TO SATIFY THE JUDGMENT AGAINST DEFENDANT ELS REALCO, LLC............BY THE COURT: ROBERTS, J. 11/10/2020

| 12-NOV-2020 07:49 AM | NOTICE GIVEN UNDER RULE 236 | | | 12-NOV-2020 08:37 AM |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 12-NOV-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 12-NOV-2020. | | |

| | | | |
|---|---|---|---|
| 12-NOV-2020 09:20 AM | MOTION ASSIGNED | | 12-NOV-2020 09:20 AM |
| **Docket Entry:** | 92-2010D692 DISCOVERY HEARING REQST FILED ASSIGNED TO JUDGE: DISCOVERY JPT, . ON DATE: NOVEMBER 12, 2020 | | |

| | | | |
|---|---|---|---|
| 12-NOV-2020 01:48 PM | MOTION/PETITION/STIP WITHDRAWN | DISCOVERY JPT, | 12-NOV-2020 01:48 PM |
| **Docket Entry:** | 92-2010D692 SEE ORDER OF JUDGE ROBERTS...PJD | | |

| | | | |
|---|---|---|---|
| 16-NOV-2020 09:23 AM | JUDGMENT-COURT ORDER FINAL DIS | | 16-NOV-2020 09:25 AM |
| **Docket Entry:** | JUDGMENT ENTERED. SEE ORDERS ENTERED 11/10/20 BY JUDGE ROBERTS. PRETRIAL CONFERENCE AND TRIAL POOL LISTINGS CANCELLED. (JNS/COMPLEX LIT CENTER) | | |

| | | | |
|---|---|---|---|
| 23-NOV-2020 11:22 AM | APPEAL TO COMMONWEALTH COURT | SILVERBERG, RICHARD J | 23-NOV-2020 12:34 PM |
| **Documents:** | 🅐 Click link(s) to preview/purchase the documents Notice of Appeal.pdf | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | ************************************************************* ***** NOTICE OF APPEAL FROM THE DECISION DATED 11/10/2020 AND DOCKETED ON 11/12/2020 BY JUDGE ROBERTS, JOSHUA. PROOF OF SERVICE FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG) ************************************************************* ***** | | |

| 24-NOV-2020 12:36 PM | FEE PD PURSUANT TO ORDER | | 24-NOV-2020 12:00 AM |

**Docket Entry:** CHECK #10704 IN THE AMOUNT OF $90.25 WAS DISBURSED TO COMMONWEALTH COURT OF PENNSYLVANIA

| 24-NOV-2020 01:16 PM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 24-NOV-2020 12:00 AM |

**Documents:** 📄Click link(s) to preview/purchase the documents
ORDER_242.pdf
ORDER_242_001.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** IT IS ORDERED THAT APPELLANT, DEFTS, RICHARD SILVERBERG AND ELS REALCO LLC ARE TO FILE OF RECORD IN THIS COURT, AND SERVE ON THE UNDERSIGNED JUDGE, A CONCISE STATEMENT OF THE ERRORS COMPLAINED OF ON APPEAL. THE APPELLANTS SHALL FILE AND SERVE THIS STATEMENT NO LATER THAN 21 DAYS FROM ENTRY OF THIS ORDER ON THE DOCKET. APPELLANTS ARE CAUTIONED THAT ANY ISSUE NOT PROPERLY INCLUDED IN THE STATEMENT TIMELY FILED AND SERVED SHALL BE DEEMED WAIVED. SEE ORDER. BY THE COURT ...ROBERTS,J 11/24/20

| 24-NOV-2020 01:16 PM | NOTICE GIVEN UNDER RULE 236 | | 25-NOV-2020 10:29 AM |

**Docket Entry:** NOTICE GIVEN ON 25-NOV-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 24-NOV-2020.

| 02-DEC-2020 12:34 PM | PRAECIPE TO WITHDRAW | SILVERBERG, RICHARD J | 03-DEC-2020 11:17 AM |

**Documents:** 📄Click link(s) to preview/purchase the documents
Praecipe to Withdraw Notice of Appeal.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** PRAECIPE TO WITHDRAW NOTICE OF APPEAL FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 04-DEC-2020 09:06 AM | APPEAL TO COMMONWEALTH COURT | SILVERBERG, RICHARD J | 04-DEC-2020 01:23 PM |
|---|---|---|---|

**Documents:** &#128206;Click link(s) to preview/purchase the documents
Notice of Appeal - 1.pdf
Transcript Purchase Order Form.pdf

> Click HERE to purchase all documents related to this one docket entry

**Docket Entry:**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE OF APPEAL FROM THE DECISION DATED 11/10/2020 AND DOCKETED ON 11/12/2020 BY JUDGE ROBERTS, JOSHUA. PROOF OF SERVICE FILED. ORDER FOR TRANSCRIPTS FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| 04-DEC-2020 10:08 PM | ORDER ENTERED/236 NOTICE GIVEN | ROBERTS, JOSHUA | 04-DEC-2020 12:00 AM |
|---|---|---|---|

**Documents:** &#128206;Click link(s) to preview/purchase the documents
ORDER_246.pdf

> Click HERE to purchase all documents related to this one docket entry

**Docket Entry:**
DEFENDANT, RICHARD SILVERBERG AND ELS REALCO, LLC, HAVING WITHDRAWN THE APPEAL DATED NOVEMBER 23, 2020 AND FILED A NEW NOTICE OF APPEAL DATED DECEMBER 2, 2020, IT IS ORDERED AS FOLLOWS: 1. DEFENDANT, RICHARD SILVERBERG AND ELS REALCO, LLC ARE DIRECTED TO FILE AN SERVE A CONCISE STATEMENT OF THE ERRORS COMPLAINED OF ON APPEAL; 2. DEFENDANTS, RICHARD SILVERBERG AND ELS REALCO, LLC SHALL FILE AND SERVE THE STATEMENT WITHIN TWENTY-ONE (21) DAYS OF THE DOCKETING OF THIS ORDER; 3. DEFENDANTS RICHARD SILVERBERG AND ELS REALCO, LLC SHALL SERVE THE STATEMENT ON THE JUDGE PURSUANT TO PA.R.APP.P. 1925 (b)(1) VIA REGULAR MAIL TO 538 CITY HALL, PHILADELPHIA, PA; 4. DEFENDANTS, RICHARD SILVERBERG AND ELS REALCO, LLC DEFENDANT SHALL SERVE ANY OTHER PARTY REQUIED BY PA.R.APP.P. 1925(b)(1); 5. ANY ISSUE NOT PROPERLY INCLUDED IN THE STATEMENT TIMELY FILED AND SERVED PURSUANT TO PA. R. APP. P. 1925(b) SHALL BE DEEMED WAIVED. ...BY THE COURT; ROBERTS, J. 12-4-20

| 04-DEC-2020 10:08 PM | NOTICE GIVEN UNDER RULE 236 | | 07-DEC-2020 11:05 AM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 07-DEC-2020 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 04-DEC-2020.

| 09-DEC-2020 11:45 AM | FEE PD PURSUANT TO ORDER | | 09-DEC-2020 12:00 AM |

**Docket Entry:** CHECK #10728 IN THE AMOUNT OF $90.25 WAS DISBURSED TO COMMONWEALTH COURT OF PENNSYLVANIA

| 11-DEC-2020 10:51 AM | NOTICE OF APPEAL SENT | | 28-DEC-2020 12:00 AM |

**Docket Entry:** NOTICE OF APPEAL SENT TO COMMONWEALTH COURT ON THIS DATE VIA UPS # 1Z 5E3 003 03 1028 501 3.

| 22-DEC-2020 08:51 AM | STATEMENT OF MATTERS (1925(B)) | SILVERBERG, RICHARD J | 22-DEC-2020 05:36 PM |

**Documents:** ⬇️ Click link(s) to preview/purchase the documents
1925(b) Statement.pdf

> Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** APPELLANTS' STATEMENT OF MATTERS COMPLAINED OF ON APPEAL PURSUANT TO PA.R.C.P. 1925(B) FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 24-DEC-2020 07:56 AM | PRAECIPE TO WITHDRAW | SILVERBERG, RICHARD J | 24-DEC-2020 11:01 AM |

**Documents:** ⬇️ Click link(s) to preview/purchase the documents
Praecipe to Withdraw 1925(b) Statement.pdf

> Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** PRAECIPE TO WITHDRAW 1925(B) STATEMENT OF MATTERS FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 24-DEC-2020 11:04 AM | STATEMENT OF MATTERS (1925(B)) | SILVERBERG, RICHARD J | 24-DEC-2020 11:56 AM |
|---|---|---|---|

**Documents:** 📄Click link(s) to preview/purchase the documents
1925(b) Statement - 1.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** APPELLANTS' STATEMENT OF MATTERS COMPLAINED OF ON APPEAL PURSUANT TO PA.R.C.P. 1925(B) FILED. (FILED ON BEHALF OF ELS REALCO LLC AND RICHARD J SILVERBERG)

| 04-FEB-2021 10:38 AM | OPINION FILED/236 NOTICE GIVEN | | 04-FEB-2021 12:00 AM |
|---|---|---|---|

**Documents:** 📄Click link(s) to preview/purchase the documents
OPFLD_253.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** 1284 CD 2020 OPINION FILED ON FEBRUARY 3, 2020 BY J. ROBERTS.

| 04-FEB-2021 10:38 AM | NOTICE GIVEN UNDER RULE 236 | | 04-FEB-2021 12:40 PM |
|---|---|---|---|

**Docket Entry:** NOTICE GIVEN ON 04-FEB-2021 OF OPINION FILED/236 NOTICE GIVEN ENTERED ON 04-FEB-2021.

| 04-FEB-2021 11:38 AM | PRAECIPE TO ISSUE WRIT FILED | CULLIN, BRIAN R | 05-FEB-2021 09:22 AM |
|---|---|---|---|

**Documents:** 📄Click link(s) to preview/purchase the documents
ELS REALCO LLC WRIT OF EXECUTION.pdf
AFFIDAVIT ANINA SILVERBERG.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:** PRAECIPE FOR WRIT OF EXECUTION (RE) FILED. WRIT OF EXECUTION (RE) ISSUED. SUBJECT PREMISES: 2101 MARKET ST., #3201 PHILADELPHIA. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

| 05-FEB-2021 09:28 AM | APPEAL INVENTORY RECORD SENT | | 05-FEB-2021 12:00 AM |
|---|---|---|---|

**Documents:**   Click link(s) to preview/purchase the documents
APILM_256.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:**   PURSUANT TO PA. R.A.P. 1931 (d) APPEAL INVENTORY SENT.

| 05-FEB-2021 | RECORD | | 05-FEB-2021 |
|---|---|---|---|
| 09:28 AM | MAILED/TRANSMITTED | | 12:00 AM |

**Docket Entry:**   RECORD SENT TO COMMONWEALTH COURT ELECTRONICALLY VIA PACFILE UNDER 1284 CD 2020.

| 05-FEB-2021 | NOTICE GIVEN UNDER | | 05-FEB-2021 |
|---|---|---|---|
| 09:28 AM | RULE 236 | | 11:13 AM |

**Docket Entry:**   NOTICE GIVEN ON 05-FEB-2021 OF APPEAL INVENTORY RECORD SENT ENTERED ON 05-FEB-2021.

| 05-FEB-2021 | PRAECIPE TO | CULLIN, | 05-FEB-2021 |
|---|---|---|---|
| 11:42 AM | WITHDRAW | BRIAN R | 12:01 PM |

**Documents:**   Click link(s) to preview/purchase the documents
praecipe to withdraw writ.pdf

Click HERE to purchase all documents related to this one docket entry

**Docket Entry:**   PRAECIPE TO WITHDRAW WRIT OF EXECUTION FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA)

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries