Fri 1/29/2021 7:17 PM
Richard Silverberg <rjs@rjsilverberg.com>
Silverberg, et al. v. City of Philadelphia, et a.
To: 'roberts.virtualcourtroom' <roberts.virtualcourtroom@courts.phila.gov>
Cc: 'Lydia Furst' <Lydia.Furst@Phila.gov>; 'Flaherty, Brian P.' <BFlaherty@cozen.com>; 'Brian Cullin' <Brian.Cullin@Phila.gov>


Amended Complaint.pdf

Judge Roberts –

Please see the attached, which was filed of record earlier this evening.

Thank you.

Richard Silverberg