RICHARD J. SILVERBERG
Attorney at Law
Box 30433
Philadelphia, PA 19103
rjs@rjsilverberg.com

February 1, 2021

**Via Email**

Hon. Idee Fox, President Judge
Court of Common Pleas
City Hall, Room 386
Philadelphia, PA 19107

> RE: Silverberg, et al. v. City of Philadelphia, et al.
> United States District Court for the
>   Eastern District of Pennsylvania
> Civil Action No. 20-5034
>
> City of Philadelphia v. ELS Realco LLC, et al.
> Philadelphia Court of Common Pleas
> September Term 2019, No. 3805
>
> City of Philadelphia v. Richard J. Silverberg & Assoc., et al.
> Philadelphia Court of Common Pleas
> March Term 2008, No. 1510

Dear Judge Fox:

On January 29, 2021, Judge Roberts was added as a defendant in Case No. 20-5034.  A copy of the Amended Complaint is attached.  The entire matter will be formally referred to the Justice Department this week.  I anticipate additional actions as we continue to respond to these events.

In the meantime, our position remains that all events at the trial court should be stayed.

Thank you.

Respectfully,

/s/ Richard J. Silverberg

Enc.

cc: Hon. Joshua Roberts (via email)
Lydia Furst, Esq. (via email)
Brian Flaherty, Esq. (via email)
Brian Cullin, Esq. (via e-mail)