Wed 1/20/2021 10:07 AM
Richard Silverberg <rjs@rjsilverberg.com>
City of Philadelphia v. Silverberg, CCP, March Term 2008, No. 1510
To: 'idee.fox@courts.phila.gov'


Roberts 011921 ltr.pdf

Judge Fox –

Pursuant to my call with your clerk of this morning, please see the attached.

Thank you.

Richard Silverberg